1  THOMAS B. WALPER (State Bar No. 96667)
   thomas.walper@mto.com
2  JOHN W. BERRY (State Bar No. 295760)
   john.berry@mto.com
3  MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue, Fiftieth Floor
4  Los Angeles, California 90071-3426
   Telephone:     (213) 683-9100
5  Facsimile:     (213) 687-3702

6  RACHAEL E. MENY (State Bar No. 178514)
   rmeny@keker.com
7  THOMAS E. GORMAN (State Bar No. 279409)
   tgorman@keker.com
8  KEKER, VAN NEST & PETERS LLC
   633 Battery Street
9  San Francisco, California 94111-1809
   Telephone:     (415) 391-5400
10 Facsimile:     (415) 397-7188

11 *Counsel for Google LLC*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>ANTHONY SCOTT LEVANDOWSKI,<br><br>Debtor. | Bankruptcy Case No. 20-30242 (HLB)<br><br>Chapter 11<br><br>Hon. Hannah L. Blumenstiel |
| ANTHONY SCOTT LEVANDOWSKI,<br><br>Plaintiff,<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | Adv. Proceeding No. 20-03050_<br><br>**GOOGLE LLC'S NOTICE OF MOTION AND MOTION TO INTERVENE**<br><br>Date:     September 3, 2020<br>Time:    2:00 p.m. (PST)<br>Place:   (Telephonic Appearances Only)<br>         United States Bankruptcy Court<br>         450 Golden Gate Ave.<br>         Courtroom 19, 16th Floor<br>         San Francisco, CA 94102 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

1. **PLEASE TAKE NOTICE** that on September 3, 2020 at 2:00 p.m., or as soon as thereafter as counsel may be heard, in Courtroom 19 at the United States Bankruptcy Court for the Northern District of California in San Francisco, located at 450 Golden Gate Avenue, 16th Floor, San Francisco, CA 94102 before the Honorable Hannah L. Blumenstiel, Google LLC ("Google") will and hereby does move this Court for an order granting Google LLC's Motion to Intervene. A proposed order is attached as Exhibit A.

2. Debtor Anthony Levandowski (the "Debtor") filed this proceeding, No. 20-03050, objecting to Uber Technologies, Inc.'s ("Uber") proof of claim and seeking declaratory relief, specific performance and damages against Uber. This proceeding primarily concerns the enforceability of an Indemnification Agreement that Uber and the Debtor signed in April 2016, by which Uber agreed to indemnify the Debtor against claims brought by his former employer, Google. *See* Dkt. No. 1 (Compl.), Ex. A. Google holds a $179 million judgment against the Debtor that is covered by this indemnity, and now moves for an order permitting it to intervene in this proceeding so that it can participate and be heard on issues surrounding this Uber indemnity and other related issues that are core to this bankruptcy.

3. This Motion is based upon this Notice of Motion, the attached Memorandum of Points and Authorities in support thereof, the Declaration of Alexander Gorin filed contemporaneously herewith, all papers and pleadings from this case on file with the Court, all other matters of which the Court may take judicial notice, any further evidence or argument offered to the Court at the hearing on this Motion, and any other matters that the Court may consider.

//
//
//
//
//
//

NOTICE OF MOTION AND MOTION TO GRANT GOOGLE LLC'S MOTION TO INTERVENE

Dated: July 31, 2020

By: *John W. Berry*
John W. Berry
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
(213) 683-9571
john.berry@mto.com

By: *Rachael Meny*
Rachael Meny
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, California 94107-1809
(415) 391-5400
rmeny@keker.com

*Counsel for Google LLC*

NOTICE OF MOTION AND MOTION TO GRANT GOOGLE LLC'S MOTION TO INTERVENE