1  THOMAS B. WALPER (State Bar No. 96667)
   thomas.walper@mto.com
2  JOHN W. BERRY (State Bar No. 295760)
   john.berry@mto.com
3  MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue, Fiftieth Floor
4  Los Angeles, California 90071-3426
   Telephone:   (213) 683-9100
5  Facsimile:   (213) 687-3702

6  RACHAEL E. MENY (State Bar No. 178514)
   rmeny@keker.com
7  THOMAS E. GORMAN (State Bar No. 279409)
   tgorman@keker.com
8  KEKER, VAN NEST & PETERS LLC
   633 Battery Street
9  San Francisco, California 94111-1809
   Telephone:   (415) 391-5400
10 Facsimile:   (415) 397-7188

11 *Counsel for Google LLC*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>ANTHONY SCOTT LEVANDOWSKI,<br><br>Debtor. | Bankruptcy Case No. 20-30242 (HLB)<br><br>Chapter 11<br><br>Hon. Hannah L. Blumenstiel |
| ANTHONY SCOTT LEVANDOWSKI,<br><br>Plaintiff,<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | Adv. Proceeding No. 20-03050_<br><br>**CERTIFICATE OF SERVICE** |

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    At the time of service, I was over 18 years of age. I am employed in the County of Los Angeles, State of California. My business address is Munger Tolles & Olson LLP, 350 South Grand Avenue, Floor 50, Los Angeles, CA 90071. On the date noted below, I served true copies of the following documents:

**GOOGLE LLC'S NOTICE OF MOTION AND MOTION TO INTERVENE (Docket No. 14)**

**GOOGLE LLC'S MEMORANDUM OF POINTS AND AUTHORIES IN SUPPORT OF ITS MOTION TO INTERVENE (Docket No. 15)**

**DECLARATION OF ALEXANDER S. GORIN IN SUPPORT OF GOOGLE LLC'S MOTION TO INTERVENE (Docket No. 16)**

**NOTICE OF HEARING ON GOOGLE LLC'S MOTION TO INTERVENE (Docket No. 17)**

on the interested parties in this action as follows:

    **BY CM/ECF NOTICE OF ELECTRONIC FILING:** On July 31, 2020, I electronically filed the above documents with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. The following is the list of parties who are currently on the list to receive email notice/service for this case:

**Brett M. Schuman** bschuman@goodwinlaw.com
**Tobias S. Keller** tkeller@kbkllp.com
**Dara Levinson Silveira** dsilveira@kbkllp.com
**Hong-An Vu** HVu@goodwinlaw.com
**Rachel M. Walsh** rwalsh@goodwinlaw.com

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** On July 31, 2020, I caused a copy of the above documents to be sent from e-mail address Alex.Gorin@mto.com to the persons at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**Debra I. Grassgreen** dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
**John William Lucas** jlucas@pszjlaw.com, ocarpio@pszjlaw.com
**Hamish P. M. Hume** hhume@bsfllp.com, cgood@bsfllp.com
**Andrew D. Lowdon** alowdon@bsfllp.com

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on August 3, 2020, at Los Angeles, California.

                                                         */s/ Alexander S. Gorin*
                                                         Alexander S. Gorin