Debra I. Grassgreen (CA Bar No. 169978)
Jeremy V. Richards (CA Bar No. 102300)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
E-mail: dgrassgree@pszjlaw.com
jrichards@pszjlaw.com

Attorneys for Defendant,
Uber Technologies, Inc.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>ANTHONY SCOTT LEVANDOWSKI,<br><br>Debtor. | Case No. 20-30242 (HLB)<br><br>Chapter 11 |
| ANTHONY SCOTT LEVANDOWSKI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.<br><br>Defendant. | Adv. Pro. No. 20-03050 (HLB)<br><br>**STIPULATION TO EXTEND TIME FOR UBER TECHNOLOGIES, INC. TO FILE ANSWER, MOVE OR OTHERWISE RESPOND** |

Anthony Scott Levandowski ("Plaintiff") and Uber Technologies, Inc. ("Defendant"), each by and through their respective undersigned attorney, hereby stipulate and agree to extend the time for Defendant to answer, move or otherwise respond to Plaintiff's complaint as provided for herein:

1. On July 16, 2020, Plaintiff filed a *Complaint for Declaratory Relief, Specific Performance and Damages; and Objection to Claim* [Dkt. No. 147] against Defendant ("Complaint").

2. The *Summons and Notice of Scheduling Status Conference in an Adversary Proceeding* [Dkt. No. 4] was issued by the Clerk's Office on July 17, 2020 ("Summons").

3. On July 17, 2020, Defendant was served with the Summons and Complaint. Defendant does not challenge personal jurisdiction and waives any objection to service of process in this adversary proceeding.

4. The deadline for Defendant to file an answer or other responsive pleading is August 17, 2020. The parties, however, have agreed that Defendant may have a two week extension of time to answer or otherwise respond to the Complaint.

5. Defendant does not waive any other defenses, objections or challenges which it may bring in this action other than as expressly stated in paragraph 3.

**WHEREFORE**, the parties agree that the time by which Defendant is required to answer, move or otherwise respond to the Complaint is hereby extended through and including August 31, 2020.

Dated: August 10, 2020   PACHULSKI STANG ZIEHL & JONES LLP

By   */s/ Debra Grassgreen*
   Debra Grassgreen
   Attorneys for Uber Technologies, Inc.

Dated: August 10, 2020   KELLER BENVENUTTI KIM LLP

By   */s/ Tobias S. Keller*
   Tobias S. Keller
   Attorneys for Anthony Scott Levandowski

| | |
|---|---|
| STATE OF CALIFORNIA | ) |
| | ) |
| CITY OF SAN FRANCISCO | ) |

I, Oliver Carpio, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 150 California Street, 15th Floor, San Francisco, California 94111-4500.

On August 10, 2020, I caused to be served the following documents in the manner stated below:

- ***STIPULATION TO EXTEND TIME FOR UBER TECHNOLOGIES, INC. TO FILE ANSWER, MOVE OR OTHERWISE RESPOND***

| | |
|---|---|
| ☑ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On **August 10, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below |
| ☐ | (BY OVERNIGHT DELIVERY) By sending by FedEx and/or USPS Express Mail to the addressee(s) as indicated on the attached list. |
| ☑ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.<br><br>Tobias Keller<br>Keller Benvenutti Kim LLP<br>650 California St, Suite 1900<br>San Francisco, CA 94108 |
| ☐ | (BY EMAIL) On _____, I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on August 7, 2020 at San Francisco, California.

*/s/ Oliver Carpio*
*Legal* Assistant

DOCS_SF:103942.1 85615/001
Case: 20-03050    Doc# 19    Filed: 08/10/20    Entered: 08/10/20 09:56:55    Page 3 of 4

1. **Served Via ECF/NEF:**

- Tobias S. Keller    tkeller@kbkllp.com
- Dara Levinson Silveira    dsilveira@kbkllp.com
- Andrew R. Lewis    andrew.lewis@mto.com, aileen.beltran@mto.com
- Brett M. Schuman    bschuman@goodwinlaw.com, pdukemosier@goodwinlaw.com
- Hong-An Vu    HVu@goodwinlaw.com, ASkorostensky@goodwinlaw.com
- Rachel M. Walsh    rwalsh@goodwinlaw.com

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA