Debra I. Grassgreen (CA Bar No. 169978)
Jeremy V. Richards (CA Bar No. 102300)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
E-mail: dgrassgree@pszjlaw.com
jrichards@pszjlaw.com

David J. Bradford (IL SBN 0272094) (*pro hac vice pending*)
Catherine L. Steege (IL SBN 6183529) (*pro hac vice pending*)
Terri L. Mascherin (IL SBN 6187735) (*pro hac vice pending*)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: 312/222-9350
Facsimile: 312/527-0484
Email: dbradford@jenner.com
csteege@jenner.com
tmascherin@jenner.com

Attorneys for Defendant
Uber Technologies, Inc.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>ANTHONY SCOTT LEVANDOWSKI,<br><br>Debtor. | Case No. 20-30242 (HLB)<br><br>Chapter 11 |
| ANTHONY SCOTT LEVANDOWSKI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.<br><br>Defendant. | Adv. Pro. No. 20-03050 (HLB)<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

**PLEASE TAKE NOTICE** that Pachulski Stang Ziehl & Jones LLP, hereby appears as co-counsel for the Defendant, Uber Technologies, Inc., in this adversary proceeding and hereby requests, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, that all notices

DOCS_SF:104015.1 85647/001
Case: 20-03050    Doc# 24    Filed: 08/18/20    Entered: 08/18/20 14:45:35    Page 1 of 2

given or required to be given and all papers served or required to be served in this case be given to and served on the following addresses and through CM/ECF:

>Debra I. Grassgreen (CA Bar No. 169978)
>PACHULSKI STANG ZIEHL & JONES LLP
>150 California Street, 15th Floor
>San Francisco, CA 94111
>Telephone: (415) 263-7000
>Facsimile: (415) 263-7010
>E-mail: dgrassgreen@pszjlaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, all notices and papers referred to in the rules specified above but also includes all orders and notices of any application, complaint or demand, motion, pleading or request, and any other documents brought before the Court in this adversary proceeding, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, facsimile or otherwise.

Dated: August 18, 2020                    PACHULSKI STANG ZIEHL & JONES LLP

                                          By    */s/ Debra I. Grassgreen*
                                                Debra I. Grassgreen
                                                *Attorneys for Uber Technologies, Inc.*