Debra I. Grassgreen (CA Bar No. 169978)
Jeremy V. Richards (CA Bar No. 102300)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
E-mail: dgrassgree@pszjlaw.com
jrichards@pszjlaw.com

David J. Bradford (IL SBN 0272094) (*pro hac vice*)
Catherine L. Steege (IL SBN 6183529) (*pro hac vice*)
Terri L. Mascherin (IL SBN 6187735) (*pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: 312/222-9350
Facsimile: 312/527-0484
Email: dbradford@jenner.com
csteege@jenner.com
tmascherin@jenner.com

Attorneys for Defendant
Uber Technologies, Inc.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>ANTHONY SCOTT LEVANDOWSKI,<br><br>Debtor. | Case No. 20-30242 (HLB)<br><br>Chapter 11 |
| ANTHONY SCOTT LEVANDOWSKI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.<br><br>Defendant. | Adv. Pro. No. 20-03050 (HLB)<br><br>**CERTIFICATE OF SERVICE OF UBER TECHNOLOGIES, INC.'S ADMINISTRATIVE MOTION TO FILE REDACTED OBJECTION TO GOOGLE LLC'S MOTION TO INTERVENE AND FILE UNREDACTED VERSION UNDER SEAL** |

| | |
|---|---|
| STATE OF CALIFORNIA | ) |
| | ) |
| CITY OF SAN FRANCISCO | ) |

I, Hung Phan, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 150 California Street, 15th Floor, San Francisco, California 94111-4500.

On August 20, 2020, I caused to be served the following documents in the manner stated below:

- *Uber Technologies, Inc.'s Administrative Motion to File Redacted Objection to Google LLC's Motion to Intervene and File Unredacted Version Under Seal*

- *Declaration of Miriam Manning in Support of Uber Technologies, Inc.'s Administrative Motion to File Redacted Objection to Google LLC's Motion to Intervene and File Unredacted Version Under Seal*

| | |
|---|---|
| ☑ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On **August 20, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below |
| ☐ | (BY OVERNIGHT DELIVERY) By sending by FedEx and/or USPS Express Mail to the addressee(s) as indicated on the attached list. |
| ☐ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| ☑ | (BY EMAIL) On **August 20, 2020,** I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on August 20, 2020 at San Francisco, California.

*/s/ Hung Phan*
*Legal* Assistant

**ECF/NEF List**

- **John W. Berry**    john.berry@mto.com, lori.cruz@mto.com
- **Alexander S. Gorin**    alex.gorin@mto.com
- **Debra I. Grassgreen**    dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- **Tobias S. Keller**    tkeller@kbkllp.com
- **Dara Levinson Silveira**    dsilveira@kbkllp.com
- **Andrew R. Lewis**    andrew.lewis@mto.com, aileen.beltran@mto.com
- **Brett M. Schuman**    bschuman@goodwinlaw.com, pdukemosier@goodwinlaw.com
- **Hong-An Vu**    HVu@goodwinlaw.com, ASkorostensky@goodwinlaw.com
- **Rachel M. Walsh**    rwalsh@goodwinlaw.com

**VIA EMAIL**

| *Counsel to the Debtors* | |
|---|---|
| Tobias S. Keller | tkeller@kbkllp.com |
| Dara L. Silveira | dsilveira@kbkllp.com |
| *Counsel for Google LLC* | |
| Thomas B. Walper | thomas.walper@mto.com |
| John W. Berry | john.berry@mto.com |
| Rachael E. Meny | rmeny@keker.com |
| Thomas E. Gorman | tgorman@keker.com |