

Signed and Filed: September 3, 2020

_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Case No. 20-30242 HLB |
| | ) |
| ANTHONY SCOTT LEVANDOWSKI, | ) Chapter 11 |
| | ) |
| Debtor. | ) |
| _____ | ) |
| ANTHONY SCOTT LEVANDOWSKI, | ) Adv. Proc. No. 20-3050 HLB |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| UBER TECHNOLOGIES, INC., | ) |
| | ) |
| Defendant. | ) |

### ORDER GRANTING IN PART AND DENYING IN PART
### GOOGLE LLC'S MOTION TO INTERVENE

This proceeding came before the court on September 3, 2020 for a hearing on Google LLC's motion to intervene.[1]  Uber Technologies, Inc. opposed the Motion.[2]  Mr. Levandowski filed a statement indicating that he did not oppose the Motion.[3]  Google replied.[4]  Appearances were as noted on the record.  All parties

_____
[1] Dkt. 14 (the "Motion").

[2] Dkt. 29.

[3] Dkt. 27.

[4] Dkt. 33.

consented to the entry of a final order on the Motion by this court.

Based on the court's careful analysis of the relevant pleadings, the arguments of counsel, and the reasons stated on the record, the court **GRANTS IN PART AND DENIES IN PART** the Motion, as follows:

**1.** The court **GRANTS** the Motion under Civil Rule[5] 24(a)(1), which applies in this proceeding pursuant to Bankruptcy Rule 7024, to the extent Google seeks to intervene with respect to Count IV of Mr. Levandowski's complaint, which seeks a declaratory judgment as to the validity of Uber's purported rescission of an indemnification agreement between it and Mr. Levandowski.

**2.** The court **DENIES** the Motion to the extent it seeks leave to intervene with respect to Counts I, II, III, and VIII of Mr. Levandowski's complaint or to bring a claim for equitable subordination in this proceeding.

**3.** As to the scope of Google's intervention, the court will permit Google to file briefs in support of or in opposition to motions filed by Uber or Mr. Levandowski, but will not permit Google to move or apply for affirmative relief. The court also will permit Google to be heard at argument on any motion as to which it files a brief. The court will permit Google to participate in discovery, but will define the scope of that participation in a scheduling order to be issued

---

[5] Unless otherwise indicated, all citations to a "Civil Rule" shall refer to one of the Federal Rules of Civil Procedure and all citations to a "Bankruptcy Rule" shall refer to one of the Federal Rules of Bankruptcy Procedure.

Case: 20-03050    Doc# 35    Filed: 09/03/20    Entered: 09/03/20 17:57:59    Page 2 of 4

following the scheduling conference the court will convene on
September 17, 2020.

    **4.**   Nothing in this order should be construed as
restricting Google's right, if any, to seek reconsideration of
or relief from this order, or to appeal this order.

    **5.**   Nothing in this order should be construed as
restricting Google's right, if any, to assert a claim for
equitable subordination against Uber in a separate adversary
proceeding.

**\*\*END OF ORDER\*\***

## Court Service List

[None]