

The following order is signed and filed:

**CHANGES MADE BY COURT**

Signed and Filed: September 9, 2020

_____
HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

| | |
|---|---|
| 1  Debra I. Grassgreen (CA Bar No. 169978)<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>2  150 California Street, 15th Floor<br>San Francisco, CA 94111<br>3  Telephone:   (415) 263-7000<br>Facsimile:    (415) 263-7010<br>4  E-mail:        dgrassgreen@pszjlaw.com<br>                    jrichards@pszjlaw.com<br>5<br>David J. Bradford (admitted *pro hac vice*)<br>Catherine L. Steege (admitted *pro hac vice*)<br>6  Terri L. Mascherin (admitted *pro hac vice*)<br>**JENNER & BLOCK LLP**<br>7  353 N. Clark Street<br>Chicago, IL 60654-3456<br>8  Telephone: 312/222-9350<br>Facsimile: 312/527-0484<br>9  Email: dbradford@jenner.com<br>          csteege@jenner.com<br>          tmascherin@jenner.com<br>10<br>*Attorneys for Defendant*<br>11  *Uber Technologies, Inc.*<br>12  THOMAS B. WALPER (SBN 96667)<br>thomas.walper@mto.com<br>13  JOHN W. BERRY (SBN 295760)<br>john.berry@mto.com<br>14  **MUNGER, TOLLES & OLSON LLP**<br>350 South Grand Avenue, Fiftieth Floor<br>15  Los Angeles, California 90071-3426<br>Telephone: (213) 683-9100<br>16  Facsimile: (213) 687-3702<br>17  RACHAEL E. MENY (SBN 178514)<br>rmeny@keker.com<br>18  THOMAS E. GORMAN (SBN 279409)<br>tgorman@keker.com<br>**KEKER, VAN NEST & PETERS LLC**<br>19  633 Battery Street<br>San Francisco, California 94111-1809<br>20  Telephone: (415) 391-5400<br>Facsimile: (415) 397-7188<br>21<br>*Attorneys for Google LLC* | **KELLER BENVENUTTI KIM LLP**<br>(Cal. Bar No. 15<br>DARA L. SILVEIRA (Cal. Bar No. 274923)<br>(dsilveira@kbkllp.com)<br><br>BRETT M. SCHUMAN (SBN 189247)<br>bschuman@goodwinlaw.com<br>RACHEL M. WALSH (SBN 250568)<br>rwalsh@goodwinlaw.com<br>**GOODWIN PROCTER LLP**<br>Three Embarcadero Center<br>San Francisco, California 94111<br>Tel.: +1 415 733 6000<br>Fax.: +1 415 677 9041<br><br>HONG-AN VU (SBN 266268)<br>hvu@goodwinlaw.com<br>**GOODWIN PROCTER LLP**<br>601 S. Figueroa Street, 41st Flr.<br>Los Angeles, California 90017<br>Tel.: +1 213 426 2500<br>Fax: +1 213 623 1673<br><br>*Attorneys for Plaintiff and Debtor and Debtor in Possession Anthony S. Levandowski* |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>ANTHONY SCOTT LEVANDOWSKI,<br><br>                              Debtor. | Case No. 20-30242 (HLB)<br><br>Chapter 11 |

| | |
|---|---|
| ANTHONY SCOTT LEVANDOWSKI, an individual,<br><br>                Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.<br><br>                Defendant. | Adv. Pro. No. 20-03050 (HLB)<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE INITIAL DISCLOSURES AND DISCOVERY PLAN**<br><br>**Related To Docket Nos. 3, 35** |

The Court has reviewed the *Stipulation To Extend Time to File to File Initial Disclosures and Discovery Plan*, filed on September 8, 2020, by and between Anthony Scott Levandowksi, Uber Technologies, Inc. and intervenor-plaintiff Google LLC ("Stipulation") [Dkt 36] and good cause appearing;

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is approved.

2. The Parties shall have up to and including September 15, 2020 to file the Discovery Plan and September 25, 2020 to file the Initial Disclosures.

3. The scheduling conference set for September 17, 2020 is hereby continued to October 8, 2020 at 2:00 p.m. The continued scheduling conference will convene via telephone.

*** END OF ORDER ***

**COURT SERVICE LIST**