# EXHIBIT 23

# EXHIBIT 23

## Attestation

1. I have provided to Stroz copies of and/or otherwise advised Stroz of any agreements or other obligations to which I am subject with "Former Employer" (as defined in the Indemnity Construct), regarding the nondisclosure of proprietary and confidential information, assignment of inventions or intellectual property, and restrictions on competition or solicitation of employees and customers, including any related side agreements, (collectively, "Agreements"), and subject to any matters or information disclosed to Stroz, I have complied with my obligations under any Agreements.

2. I have provided and/or disclosed (as applicable) to Stroz all non-Former Employer computers (including but not limited to any laptops, desktops and tablets), internal or external computer readable storage media (including but not limited to any hard drives, flash drives, zip drives, thumb drives, floppy disks or CD-ROM disks), mobile phones, cloud storage, FTP or share sites, or email or social media accounts or other potential sources of -Former Employer- data that I have used or had access to during and after employment with Former Employer.

3. Subject to any matters or information disclosed to Stroz, I (a) was not solicited by Newco or Unicorn to leave Former Employer or to join Newco or Unicorn; (b) have not solicited any other person to leave Former Employer or to join Newco or Unicorn; and (c) have not told any person or party to solicit anyone to leave Former Employer or to join Newco or Unicorn.

4. Other than what I may have retained in my memory in the course and scope of my employment with Former Employer, and subject to any matters or information disclosed to Stroz, to my best knowledge I returned to Former Employer and have not retained Former Employer confidential or proprietary documents or information or property (including but not limited to hardware and software) after my employment with Former Employer.

5. I have not instructed anyone to use or disclose to anyone other than Former Employer (including me) any Former Employer confidential or proprietary information (except to Stroz as part of its investigation), and I am not aware of anyone doing so.

6. With the exception of questions to which I did not respond because I was not certain the questions were relevant, to my best knowledge, (a) I have provided good faith, complete and truthful responses in all material respects to Stroz's questions and (b) all of the information I have provided to Stroz is true and correct in all material respects.

Signature of Diligenced Employee: _____ Date: 4/11/16

Anthony LevANDowski