# EXHIBIT 34

# PLACE HOLDER OF DOCUMENT SOUGHT TO BE SEALED IN ITS ENTIRETY