# EXHIBIT 43

## PLACE HOLDER OF DOCUMENT SOUGHT TO BE SEALED IN ITS ENTIRETY