# EXHIBIT 57

# PLACE HOLDER OF DOCUMENT SOUGHT TO BE SEALED IN ITS ENTIRETY