# EXHIBIT 64

# PLACE HOLDER OF DOCUMENT SOUGHT TO BE SEALED IN ITS ENTIRETY