# EXHIBIT 87

## PLACE HOLDER OF DOCUMENT SOUGHT TO BE SEALED IN ITS ENTIRETY