# *EXHIBIT 88*

# *PLACE HOLDER OF DOCUMENT SOUGHT TO BE SEALED IN ITS ENTIRETY*