**KELLER BENVENUTTI KIM LLP**
TOBIAS S. KELLER (SBN 151445)
*tkeller@kbkllp.com*
DARA L. SILVEIRA (SBN 274923)
*dsilveira@kbkllp.com*
650 California Street, Suite 1900
San Francisco, California 94108
Tel.: (415) 364-6793
Fax. (650) 636-9251

**GOODWIN PROCTER LLP**
BRETT M. SCHUMAN (SBN 189247)
*bschuman@goodwinlaw.com*
RACHEL M. WALSH (SBN 250568)
*rwalsh@goodwinlaw.com*
Three Embarcadero Center
San Francisco, California 94111
Tel.: (415) 733-6000
Fax.: (415) 677-9041

HONG-AN VU (SBN 266268)
*hvu@goodwinlaw.com*
601 S. Figueroa Street, 41st Floor
Los Angeles, California 90017
Tel.: (213) 426-2500
Fax: (213) 623-1673

*Attorneys for Plaintiff and Debtor and Debtor in Possession Anthony S. Levandowski*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>ANTHONY S. LEVANDOWSKI,<br><br>       Debtor.<br><br>ANTHONY S. LEVANDOWSKI, an individual,<br><br>       Plaintiff,<br><br>  v.<br><br>UBER TECHNOLOGIES, INC.<br><br>       Defendant. | Bankruptcy Case<br>No. 20-30242 (HLB)<br>Chapter 11<br>Hon. Hannah L. Blumenstiel<br>Adv. Pro. No. 20-03050 (HLB)<br><br>**PLAINTIFF'S NOTICE OF HEARING ON MOTIONS FOR PARTIAL SUMMARY JUDGMENT**<br>Date: April 1, 2021<br>Time: 2:00 P.M. |

# NOTICE OF HEARING ON MOTIONS FOR PARTIAL SUMMARY JUDGMENT

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on April 1, 2021, at 2:00 P.M., or as soon as thereafter as counsel may be heard, in Courtroom 19 of the Bankruptcy Court in the Northern District of California, located at 450 Golden Gate Avenue, 16th Floor, San Francisco, California 94102 before the Honorable Hannah L. Blumenstiel, Plaintiff Anthony S. Levandowski will and does hereby move for partial summary judgment:

a) Motion For Partial Summary Judgment Based On Waymo Settlement

b) Motion For Partial Summary Judgment As To Uber's: (1) Fraud-Based Counterclaims And Defenses, And (2) Excluded Claim Defense

c) Motion For Partial Summary Judgment Based On Statute Of Limitations

d) Anthony Levandowski's Motion For Partial Summary Judgment As To Rescission

The aforementioned motions are being filed concurrently herewith and will be based on the instant notice, the motions themselves, the memorandum of points and authorities and the Omnibus Declaration of Hong-An Vu in Support of Motions for Partial Summary Judgment.

Depending on then in-effect Covid-19 rules, the hearing may take place remotely. All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling (888) 821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

Dated: February 23, 2021

Respectfully submitted,

By: */s/ Brett Schuman*
Brett Schuman (SBN 189247)
bschuman@goodwinlaw.com
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
Hong-An Vu (SBN 266268)
hvu@goodwinlaw.com
**GOODWIN PROCTER LLP**

Tobias S. Keller (SBN 151445)
*tkeller@kbkllp.com*
Dara L. Silveira (SBN 274923)
*dsilveira@kbkllp.com*
**KELLER BENVENUTTI KIM LLP**

*Attorneys for Plaintiff and Debtor and Debtor in Possession Anthony S. Levandowski*