Signed and Filed: March 11, 2021

_____
**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: <br><br>ANTHONY SCOTT LEVANDOWSKI,<br><br>        Debtor.<br><br>ANTHONY SCOTT LEVANDOWSKI,<br><br>        Plaintiff,<br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>        Defendant. | Case No. 20-30242 HLB<br><br>Chapter 11<br><br><br><br>Adv. Proc. No. 20-3050 HLB |

**ORDER DENYING AS MOOT PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

This adversary proceeding is scheduled to come before the court on April 1, 2021 for a hearing on Plaintiff Anthony Scott Levandowski's motion for partial summary judgment as to rescission.[1] The Motion seeks a judgment declaring that Defendant Uber Technologies, Inc. is barred from rescinding an indemnification agreement between it and Mr. Levandowski, and barred from asserting certain other counterclaims and defenses predicated on its purported rescission of the indemnification agreement.

---

[1] Dkt. 116 (the "Motion").

On March 10, 2021, the court granted Uber's Motion to Voluntarily Dismiss Rescission Counterclaims, Defenses, and Remedies.[2]  This renders the Motion moot.

Accordingly, the court **ORDERS** as follows:

**1.** The Motion is hereby **DENIED AS MOOT**.

**2.** The April 1, 2021 hearing on the Motion is hereby **VACATED**.

**\*\*END OF ORDER\*\***

---

[2] Dkt. 133; granted by Dkt. 143.

## Court Service List

[None]