Entered on Docket
March 19, 2021
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: March 19, 2021

_____
**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 20-30242 HLB |
| ANTHONY SCOTT LEVANDOWSKI, | Chapter 11 |
| Debtor. | |
| ANTHONY SCOTT LEVANDOWSKI, | |
| Plaintiff, | Adv. Proc. No. 20-3050 HLB |
| v. | |
| UBER TECHNOLOGIES, INC., | |
| Defendant. | |

**ORDER PURSUANT TO BANKRUPTCY RULE 9018**

On March 16, 2021, the court received correspondence from counsel for Uber Technologies, Inc. ("Uber"). Uber's counsel asked the court to restrict public access to the following documents (the "Relevant Documents"): Dkts. 62, 63, 67, and 68. The court had previously entered orders approving the redaction of the Relevant Documents,[1] but due to technical issues of which the parties were previously unaware, some of the redacted material was visible under certain circumstances. Uber's counsel

---

[1] Dkt. 66 (pertaining to Dkts. 62 and 63); Dkt. 73 (pertaining to Dkts. 67 and 68).

asks that the court restrict access to the Relevant Documents until they can be replaced with redacted versions that are technically sound.

Rule 9018 of the Federal Rules of Bankruptcy Procedure permit the court to "make any order which justice requires . . . to protect the estate or any entity in respect of a trade secret or other confidential research, development, or commercial information." The court has already determined that the Relevant Documents contain material that falls within that which Bankruptcy Rule 9018 protects, so the relief sought by counsel is reasonable and appropriate.

Accordingly, the court **ORDERS** as follow:

**1.** The Clerk of Court shall immediately restrict public access to the Relevant Documents.

**2.** Within 10 calendar days following entry of this order, Uber's counsel shall submit to the court via email to benjamin_gapuz@canb.uscourts.gov technically sound, redacted versions of the Relevant Documents, with which the court will replace the defective versions of the Relevant Documents. The submission of replacement Relevant Documents as permitted by this order shall constitute Uber's counsel's certification that the replacement Relevant Documents are identical in every way to the original Relevant Documents, other than as to the rectification of the technical issues described in this order.

**3.** If Uber does not timely comply with this order, paragraph 1 of this order shall cease to have any force or effect and the Clerk of Court shall make the Relevant Documents available to the public.

**4.** If Uber timely complies with this order, once the Clerk of Court has replaced the defective versions of the Relevant Documents with the technically sound versions, the Clerk of Court shall make such replaced Relevant Documents once again available to the public, as redacted pursuant to court order.

**\*\*END OF ORDER\*\***

## Court Service List

[None]