Debra I. Grassgreen (CA Bar No. 169978)
Miriam Manning (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
E-mail: dgrassgreen@pszjlaw.com
         mmanning@pszjlaw.com

David J. Bradford (admitted *pro hac vice*)
Terri L. Mascherin (admitted *pro hac vice*)
Catherine Steege (admitted *pro hac vice*)
Katharine R. Ciliberti (admitted *pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654
Telephone: (312) 222-9350
E-mail: dbradford@jenner.com
         csteege@jenner.com
         tmascherin@jenner.com
         kciliberti@jenner.com

*Counsel for Uber Technologies, Inc.*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: | Case No. 20-30242 (HLB) |
| ANTHONY SCOTT LEVANDOWSKI, | Chapter 11 |
| Debtor. | |
| ANTHONY SCOTT LEVANDOWSKI, an individual, | Adv. Pro. No. 20-03050 (HLB) |
| Plaintiff, | **NOTICE OF ERRATA RE DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO UBER'S (1) FRAUD-BASED COUNTERCLAIMS AND DEFENSES; AND (2) EXCLUDED CLAIM DEFENSE** |
| v. | |
| UBER TECHNOLOGIES, INC. | |
| Defendant. | |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Defendant Uber Technologies, Inc. ("Uber") respectfully submits this Errata in connection with its *Opposition to Plaintiff's Motion for Partial Summary Judgment as to Uber's (1) Fraud-*

*Based Counterclaims and Defenses; and (2) Excluded Claim Defense* (Dkt No. 149), filed March 18, 2021 ("Opposition") to correct citations to certain exhibits, as follows:

| Page | Existing Text | Correct Text |
|---|---|---|
| 2, footnote 4 | Ex. 23 | Ex. U-23 |
| 3, second to last bullet point | (Ex. U- 1 at 33, 46-47; *see also* Ex. U-72, Arb. Hearing Tr. at 2149:18-2150:3, 2162:15- 2163:11 (Hartog) | (Ex. U- 1 at 33, 46-47; *see also* Ex. U-72, Arb. Hearing Tr. at 2149:18-2150:3, 2162:15-2163:11 (Hartog); Ex. U-54, Schedule of Loans.) |
| 9, footnote 6 | Ex. U-90 | Ex. U-88 |
| 9, footnote 6 | Ex. U-22 | Ex. L-22 |
| 23, lines 4-5 | Ex. U-38, May 5, 2016 email | Ex. U-37, May 5-6, 2016 email |

Dated: March 24, 2021          PACHULSKI STANG ZIEHL & JONES LLP

By:     */s/ Debra I. Grassgreen*
       Debra I. Grassgreen
       Miriam Manning

       --and--

       JENNER & BLOCK LLP
       David J. Bradford
       Catherine Steege
       Terri L. Mascherin
       Katharine R. Ciliberti

       *Counsel for Uber Technologies, Inc.*

STATE OF CALIFORNIA )
)
CITY OF SAN FRANCISCO )

I, Oliver Carpio, am employed in the city of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 150 California Street, 15th Floor, San Francisco, California 94111.

On March 24, 2021, I caused to be served the following documents in the manner stated below:

- **NOTICE OF ERRATA RE DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO UBER'S (1) FRAUD-BASED COUNTERCLAIMS AND DEFENSES; AND (2) EXCLUDED CLAIM DEFENSE**

| ☑ | (BY EMAIL) On March 24, 2021, I caused the above-described document(s) to be sent by e-mail to the parties identified below at the e-mail addresses listed. |
|---|---|

| **Attorneys for Google LLC** | **Attorneys for Anthony S. Levandowski** |
|---|---|
| **MUNGER, TOLLES & OLSON LLP** <br> Thomas B. Walper (thomas.walper@mto.com) <br> John W. Berry (john.berry@mto.com) <br> Alexander S. Gorin (alex.gorin@mto.com) | **KELLER BENVENUTTI KIM LLP** <br> Tobias S. Keller (tkeller@kbkllp.com) <br> Dara L. Silveira (dsilveira@kbkllp.com) |
| **KEKER, VAN NEST & PETERS LLC** Rachael E. Meny (rmeny@keker.com) <br> Thomas E. Gorman (tgorman@keker.com) <br> Reid P. Mullen (rmullen@keker.com) | **GOODWIN PROCTER LLP** <br> Brett Schuman (bschuman@goodwinlaw.com) <br> Rachel M. Walsh (rwalsh@goodwinlaw.com) <br> Hong-An Vu (hvu@goodwinlaw.com) |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on March 24, 2021 at San Francisco, California

   _/s/ Oliver Carpio _____
     Legal Assistant