SAWYER & LABAR LLP
ADRIAN SAWYER, State Bar No. 203712
  sawyer@sawyerlabar.com
1700 Montgomery Street, Suite 108
San Francisco, California 94111
Telephone: 415.262.3820

Attorneys for Non-Parties Tyto LiDAR, LLC,
Sandstone Group, LLC, Ognen Stojanovski, and
Brent Schwarz

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>ANTHONY SCOTT LEVANDOWSKI,<br><br>Debtor. | Case No. 20-30242 HLB<br><br>Chapter 11<br><br>Adv No. 20-3050 HLB |
| ANTHONY SCOTT LEVANDOWSKI,,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | **CERTIFICATE OF SERVICE RE ORDER CONTINUING CERTAIN NON-PARTIES' DEADLINE TO FILE DECLARATIONS SUPPORTING SEALING UNDER LOCAL RULE 79-5**<br><br>Hon. Hannah L. Blumenstiel |

# CERTIFICATE OF SERVICE

I, Sarah Guzman, hereby certify that on this 29th day of March, 2021, a copy of the foregoing **ORDER CONTINUING CERTAIN NON-PARTIES' DEADLINE TO FILE DECLARATIONS SUPPORTING SEALING UNDER LOCAL RULE 79-5** was served via email, on the following:

| | |
|---|---|
| **MUNGER, TOLLES & OLSON LLP**<br>Thomas B. Walper (thomas.walper@mto.com)<br>John W. Berry (john.berry@mto.com)<br>Alexander S. Gorin (alex.gorin@mto.com)<br><br>**KEKER, VAN NEST & PETERS LLC**<br>Rachael E. Meny (rmeny@keker.com)<br>Thomas E. Gorman (tgorman@keker.com)<br>Reid P. Mullen (rmullen@keker.com)<br><br>Attorneys for Google, LLC | **KELLER BENVENUTTI KIM LLP**<br>Tobias S. Keller (tkeller@kbkllp.com)<br>Dara L. Silveira (dsilveira@kbkllp.com)<br><br>**GOODWIN PROCTER LLP**<br>Brett Schuman (bschuman@goodwinlaw.com)<br>Rachel M. Walsh (rwalsh@goodwinlaw.com)<br>Hong-An Vu (hvu@goodwinlaw.com)<br><br>Attorneys for Anthony Levandowski |
| **PACHULSKI STANG ZIEHL & JONES LLP**<br>Debra I. Grassgreen (dgrassgreen@pszjlaw.com)<br>Miriam Manning (mmanning@pszjlaw.com)<br><br>**JENNER & BLOCK LLP**<br>David J. Bradford (dbradford@jenner.com)<br>Catherine Steege (csteege@jenner.com)<br>Terri L. Mascherin (tmascherin@jenner.com)<br>Katharine Ciliberti (kciliberti@jenner.com)<br><br>Attorneys for Uber Technologies | |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on March 29, 2021, at San Francisco, California.

*Sarah Guzman*
Sarah Guzman