Debra I. Grassgreen (CA Bar No. 169978)
Miriam Manning (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
E-mail: dgrassgreen@pszjlaw.com
mmanning@pszjlaw.com

David J. Bradford (admitted *pro hac vice*)
Catherine Steege (admitted *pro hac vice*)
Terri L. Mascherin (admitted *pro hac vice*)
Katharine Ciliberti (admitted *pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654
Telephone: (312) 222-9350
E-mail: dbradford@jenner.com
csteege@jenner.com
tmascherin@jenner.com
kciliberti@jenner.com

*Attorneys for Defendant
Uber Technologies, Inc.*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>ANTHONY SCOTT LEVANDOWSKI,<br><br>Debtor. | Case No. 20-30242 (HLB)<br><br>Chapter 11 |
| ANTHONY SCOTT LEVANDOWSKI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.<br><br>Defendant. | Adv. Pro. No. 20-03050 (HLB)<br><br>**DECLARATION OF MIRIAM MANNING IN SUPPORT OF UBER TECHNOLOGIES INC.'S ADMINISTRATIVE MOTION TO FILE PARTIALLY REDACTED MOTION TO STRIKE OR, IN THE ALTERNATIVE, MOTION IN LIMINE TO EXCLUDE REBUTTAL EXPERT REPORTS AND TESTIMONY OF BENJAMIN ROSE AND JOSEPH SHAW AND TO FILE EXHIBIT A UNDER SEAL** |

I, Miriam Manning, declare as follows:

1. I am co-counsel to defendant Uber Technologies, Inc. in the above entitled action and have personal knowledge of the facts contained in this Declaration, which are true and correct, and if

sworn as a witness, I could and would testify competently thereto. I submit this declaration in support of *Uber Technologies Inc.'s Administrative Motion to File Partially Redacted Motion to Strike or, in the Alternative, Motion in Limine to Exclude Rebuttal Expert Reports and Testimony of Benjamin Rose and Joseph Shaw and to File Exhibit A Under Seal.*[1]

2. Uber's Motion contains redactions that reference Exhibit A attached to the supporting declaration of Katharine Ciliberti. Exhibit A contains material that has been designated Highly Confidential – Attorneys' Eyes Only by the Debtor.

3. Although Uber does not have any confidentiality interests in Exhibit A, this exhibit has been designated as 'highly confidential' by the Debtor. Uber files this Administrative Motion to provisionally seal Exhibit A and to provide the Debtor and/or Google with an opportunity to file supporting declarations under Civil Local Rule 79-5(e)(1) establishing that the designated materials are sealable.

4. The unredacted and identical version of the Motion and Exhibit A will be submitted to the Court under seal.

I declare under the penalty of perjury that the statements included in this Declaration are true and correct. Executed on this 29th day of March 2021 in San Francisco, California.

*/s/ Miriam Manning*
Miriam Manning

---

[1] All capitalized terms not defined herein shall have the meaning ascribed to them in the Administrative Motion.