Debra I. Grassgreen (CA Bar No. 169978)
Miriam Manning (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone: (415) 263-7000
Facsimile:  (415) 263-7010
E-mail:    dgrassgreen@pszjlaw.com
           mmanning@pszjlaw.com

David J. Bradford (admitted *pro hac vice*)
Catherine Steege (admitted *pro hac vice*)
Terri L. Mascherin (admitted *pro hac vice*)
Katharine Ciliberti (admitted *pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654
Telephone: (312) 222-9350
E-mail: dbradford@jenner.com
        csteege@jenner.com
        tmascherin@jenner.com
        kciliberti@jenner.com

*Counsel for Uber Technologies, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>ANTHONY SCOTT LEVANDOWSKI,<br><br>                    Debtor. | Bankruptcy Case<br>No. 20-30242 (HLB)<br>Chapter 11<br><br>**Adv. Pro. No. 20-03050 (HLB)** |
| ANTHONY LEVANDOWSKI, an individual,<br><br>                    Plaintiff,<br><br>   v.<br><br>UBER TECHNOLOGIES, INC.<br><br>                    Defendant. | **CERTIFICATE OF SERVICE** |

|   |   |
|---|---|
| 1 | STATE OF CALIFORNIA )  )|
| 2 | CITY OF LOS ANGELES ) |

I, Sophia Lee, am employed in the city of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067.

On March 29, 2021, I caused to be served the following documents in the manner stated below:

- **UBER TECHNOLOGIES INC.'S ADMINISTRATIVE MOTION TO FILE PARTIALLY REDACTED MOTION TO STRIKE OR, IN THE ALTERNATIVE, MOTION IN LIMINE TO EXCLUDE REBUTTAL EXPERT REPORTS AND TESTIMONY OF BENJAMIN ROSE AND JOSEPH SHAW AND TO FILE EXHIBIT A UNDER SEAL**

- **DECLARATION OF MIRIAM MANNING IN SUPPORT OF UBER TECHNOLOGIES INC.'S ADMINISTRATIVE MOTION TO FILE PARTIALLY REDACTED MOTION TO STRIKE OR, IN THE ALTERNATIVE, MOTION IN LIMINE TO EXCLUDE REBUTTAL EXPERT REPORTS AND TESTIMONY OF BENJAMIN ROSE AND JOSEPH SHAW AND TO FILE EXHIBIT A UNDER SEAL**

- **ORDER GRANTING UBER TECHNOLOGIES INC.'S ADMINISTRATIVE MOTION TO FILE PARTIALLY REDACTED MOTION TO STRIKE OR, IN THE ALTERNATIVE, MOTION IN LIMINE TO EXCLUDE REBUTTAL EXPERT REPORTS AND TESTIMONY OF BENJAMIN ROSE AND JOSEPH SHAW AND TO FILE EXHIBIT A UNDER SEAL**

 (BY EMAIL) On **March 29, 2021,** I caused the above-described document(s) to be sent by e-mail to the parties identified below at the e-mail addresses listed.

| **Attorneys for Google LLC** | **Attorneys for Anthony S. Levandowski** |
|---|---|
| **MUNGER, TOLLES & OLSON LLP**<br>Thomas B. Walper (thomas.walper@mto.com)<br>John W. Berry (john.berry@mto.com)<br>Alexander S. Gorin (alex.gorin@mto.com) | **KELLER BENVENUTTI KIM LLP**<br>Tobias S. Keller (tkeller@kbkllp.com)<br>Dara L. Silveira (dsilveira@kbkllp.com) |
| **KEKER, VAN NEST & PETERS LLC**<br>Rachael E. Meny (rmeny@keker.com)<br>Thomas E. Gorman (tgorman@keker.com)<br>Reid P. Mullen (rmullen@keker.com) | **GOODWIN PROCTER LLP**<br>Brett Schuman (bschuman@goodwinlaw.com)<br>Rachel M. Walsh (rwalsh@goodwinlaw.com)<br>Hong-An Vu (hvu@goodwinlaw.com) |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on March 29, 2021 at Los Angeles, California

*/s/ Sophia Lee*_____
Legal Assistant