1  Debra I. Grassgreen (CA Bar No. 169978)
   Miriam Manning (CA Bar No. 178584)
2  PACHULSKI STANG ZIEHL & JONES LLP
   150 California Street, 15th Floor
3  San Francisco, CA 94111
   Telephone:     (415) 263-7000
4  Facsimile:     (415) 263-7010
   E-mail:        dgrassgreen@pszjlaw.com
5                 mmanning@pszjlaw.com

6  David J. Bradford (admitted *pro hac vice*)
   Catherine Steege (admitted *pro hac vice*)
7  Terri L. Mascherin (admitted *pro hac vice*)
   Katharine Ciliberti (admitted *pro hac vice*)
8  JENNER & BLOCK LLP
   353 N. Clark St.
9  Chicago, IL 60654
   Telephone: (312) 222-9350
10 E-mail: dbradford@jenner.com
           csteege@jenner.com
11         tmascherin@jenner.com
           kciliberti@jenner.com
12
   *Attorneys for Defendant*
13 *Uber Technologies, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: | Case No. 20-30242 (HLB) |
| ANTHONY SCOTT LEVANDOWSKI, | Chapter 11 |
| Debtor. | Hon. Hannah L. Blumensteil |
| ANTHONY SCOTT LEVANDOWSKI, an individual, | Adv. Pro. No. 20-03050 (HLB) |
| Plaintiff, | **UBER TECHNOLOGIES INC.'S NOTICE OF MOTION TO STRIKE OR, IN THE ALTERNATIVE, MOTION IN LIMINE TO EXCLUDE REBUTTAL EXPERT REPORTS AND TESTIMONY OF BENJAMIN ROSE AND JOSEPH SHAW** |
| v. | |
| UBER TECHNOLOGIES, INC. | |
| Defendant. | Date: TBD (Pending Stipulation for OST)<br>Time: TBD<br>Place: (Telephonic Appearances Only)<br>United States Bankruptcy Court<br>450 Golden Gate Ave.<br>Courtroom 19, 16th Floor<br>San Francisco, CA 94102 |
| | Objection Deadline: TBD |

1  **PLEASE TAKE NOTICE** that Uber Technologies, Inc. will and hereby moves this Court for an order granting its *Motion to Strike or, in the Alternative, Motion in Limine to Exclude Rebuttal Expert Reports and Testimony of Benjamin Rose and Joseph Shaw* ("**Motion**").

Counsel for Uber, Google LLC, and the debtor, Anthony Levandowski are meeting and conferring on a stipulation asking the Court to shorten the time to brief and have the Motion heard. Uber proposes to have the Motion heard on 24 days- notice instead of 28 days-notice as required by Bankruptcy Local Rule 7007 so that a hearing may be held on **April 22, 2021 at 2:00 PM**.

Respectfully Submitted,

Dated: March 29, 2021            PACHULSKI STANG ZIEHL & JONES LLP

By: */s/ Debra I. Grassgreen*
    Debra I. Grassgreen
    Miriam Manning

and

JENNER & BLOCK LLP
David J. Bradford
Catherine Steege
Terri L. Mascherin
Katharine Ciliberti

*Attorneys for Uber Technologies, Inc.*