Debra I. Grassgreen (CA Bar No. 169978)
Miriam Manning (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
E-mail: dgrassgreen@pszjlaw.com
mmanning@pszjlaw.com

David J. Bradford (admitted *pro hac vice*)
Catherine Steege (admitted *pro hac vice*)
Terri L. Mascherin (admitted *pro hac vice*)
Katharine Ciliberti (admitted *pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654
Telephone: (312) 222-9350
E-mail: dbradford@jenner.com
csteege@jenner.com
tmascherin@jenner.com
kciliberti@jenner.com

*Counsel for Uber Technologies, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>ANTHONY SCOTT LEVANDOWSKI,<br><br>Debtor. | Bankruptcy Case<br>No. 20-30242 (HLB)<br>Chapter 11 |
| ANTHONY LEVANDOWSKI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.<br><br>Defendant. | **Adv. Pro. No. 20-03050 (HLB)**<br><br>**CERTIFICATE OF SERVICE** |

| | |
|---|---|
| 1 | STATE OF CALIFORNIA ) |
| 2 | ) <br> CITY OF LOS ANGELESO ) |

I, Sophia Lee, am employed in the city of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067.

On March 29, 2021, I caused to be served the following documents in the manner stated below:

- **UBER TECHNOLOGIES, INC.'S MOTION TO STRIKE OR, IN THE ALTERNATIVE, MOTION IN LIMINE TO EXCLUDE REBUTTAL EXPERT REPORTS AND TESTIMONY OF BENJAMIN ROSE AND JOSEPH SHAW; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

- **UBER TECHNOLOGIES, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO STRIKE OR, IN THE ALTERNATIVE, MOTION IN LIMINE TO EXCLUDE REBUTTAL EXPERT REPORTS AND TESTIMONY OF BENJAMIN ROSE AND JOSEPH SHAW; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

- **UBER TECHNOLOGIES INC.'S NOTICE OF MOTION TO STRIKE OR, IN THE ALTERNATIVE, MOTION IN LIMINE TO EXCLUDE REBUTTAL EXPERT REPORTS AND TESTIMONY OF BENJAMIN ROSE AND JOSEPH SHAW**

- **DECLARATION OF KATHARINE CILIBERTI IN SUPPORT OF UBER TECHNOLOGIES, INC.'S MOTION TO STRIKE OR, IN THE ALTERNATIVE, MOTION IN LIMINE TO EXCLUDE REBUTTAL EXPERT REPORTS AND TESTIMONY OF BENJAMIN ROSE AND JOSEPH SHAW**

| ☑ | (BY EMAIL) On **March 29, 2021,** I caused the above-described document(s) to be sent by e-mail to the parties identified below at the e-mail addresses listed. |
|---|---|

| Attorneys for Google LLC | Attorneys for Anthony S. Levandowski |
|---|---|
| **MUNGER, TOLLES & OLSON LLP** <br> Thomas B. Walper (thomas.walper@mto.com) <br> John W. Berry (john.berry@mto.com) <br> Alexander S. Gorin (alex.gorin@mto.com) | **KELLER BENVENUTTI KIM LLP** <br> Tobias S. Keller (tkeller@kbkllp.com) <br> Dara L. Silveira (dsilveira@kbkllp.com) |
| **KEKER, VAN NEST & PETERS LLC** <br> Rachael E. Meny (rmeny@keker.com) <br> Thomas E. Gorman (tgorman@keker.com) <br> Reid P. Mullen (rmullen@keker.com) | **GOODWIN PROCTER LLP** <br> Brett Schuman (bschuman@goodwinlaw.com) <br> Rachel M. Walsh (rwalsh@goodwinlaw.com) <br> Hong-An Vu (hvu@goodwinlaw.com) |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

1     Executed on March 29, 2021 at Los Angeles, California

                                                */s/ Sophia Lee*_____
                                                Legal Assistant