# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# TRANSCRIPT ORDER FORM

Is this transcript for an appeal? If yes, an Expedited transcript is required. ☐ Yes ☐ No

**Name of Debtor (Case Name):** Anthony Scott Levandowski
**Chapter:** 11
**Case Number:** 20-30242

**Adversary Proceeding Name:** Anthony Scott Levandowski vs. Uber Technologies, Inc
Plaintiff(s), Defendant(s).

**Adversary Proceeding Number (or Miscellaneous Proceeding Number):** 20-03050

**Date of Hearing:** 4/1/2021
**Time of Hearing:** 2:30 pm, 3:00 pm
(Complete a SEPARATE form for EACH hearing date)

**Hearing Judge:** Blumenstiel
**Hearing Location:** San Francisco Courtroom 19

**Transcriber:** e-Scribers
**Alternate Transcriber:** Palmer Reporting Services

**Type of Transcript:**
- ☐ Ordinary (30 Days)
- ☐ 14 Days
- ☐ Expedited (7 Days)
- ☒ Daily (24 Hours)
- ☒ Entire Hearing
- ☐ Testimony of Witness
- ☐ Other/Special Instructions:
- ☐ Ruling/Opinion Portion Only

Name of Witness

**Name of Person(s) Ordering Transcript:** Hong-An Vu
**Contact Person:** Jhemari Quintana
**Phone Number:** (213) 426 2500

**Mailing Address (include law firm name, if any):**
Goodwin Procter LLP
601 South Figueroa Street, Floor 41
Los Angeles, California 90017

**Email Address:** JQuintana@goodwinlaw.com

## THIS SECTION FOR COURT USE ONLY

**Transcript Order Number:** _____

**Transcription Information Sent to Transcriber By:** ☐ TDS ☐ Other: _____

Time Start: ____ Time End: ____ Time Start: ____ Time End: ____

Time Start: ____ Time End: ____ Time Start: ____ Time End: ____

ECRO: ____ Court Division: ____ Processed By: ____

This Form is mandatory and approved for use by the U.S. Bankruptcy Court for the Northern District of California. If the transcript you want is already ordered or on file, contact the transcriber to obtain a copy. Do not use this Form to order a §341 Meeting of Creditors recording. To order a Meeting of Creditors recording visit the U.S. Trustee website.

3/2019

Case: 20-03050   Doc# 251   Filed: 04/05/21   Entered: 04/05/21 15:32:41   Page 1 of 1