# EXHIBIT UBER-58

```
1              UNITED STATES DISTRICT COURT
2         FOR THE NORTHERN DISTRICT OF CALIFORNIA
3
4   _____
5   WAYMO LLC,                    )
                                  )
6             Plaintiff,          )
                                  )
7       vs.                       ) No. 3:17-cv-00939-WHA
                                  )
8   UBER TECHNOLOGIES, INC.,      )
    OTTOMOTTO LLC; OTTO           )
9   TRUCKING LLC,                 )
                                  )
10            Defendants.         )
    _____)
11
12        HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
13
14     VIDEOTAPED DEPOSITION OF MARY FULGINITI GENOW
15                  Los Angeles, California
16                Tuesday, October 17, 2017
17                         Volume I
18
19
20
21  Reported by:
22  LORI M. BARKLEY
    CSR No. 6426
23  Job No. 2728159
24
25  PAGES 1 - 312
```

Page 1

```
 1      Q.   Okay.  But you --                              14:08:20
 2      A.   This --                                         14:08:22
 3      Q.   -- you're confident that Exhibit 7111 is the   14:08:22
 4   most recent and up-to-date interview memorandum?        14:08:25
 5      A.   Yes.                                            14:08:27
 6      Q.   And how was this interview memorandum           14:08:31
 7   prepared?                                               14:08:32
 8      A.   There were three separate drafts of notes,      14:08:36
 9   so Melanie's notes, Hanley's notes, and my notes.       14:08:38
10   Melanie was actually tasked with taking notes during    14:08:43
11   the interview since Hanley and I were conducting the    14:08:45
12   interview, but we both still took notes as well.        14:08:48
13           And I believe Hanley might have done a first    14:08:50
14   draft of this memo with his notes reflected and         14:08:56
15   hopefully Melanie's integrated, and then I -- I         14:08:58
16   reviewed it and made sure -- tried to put in            14:09:01
17   obviously most of -- all the pertinent information      14:09:04
18   from the interview.                                     14:09:07
19      Q.   Is it your belief that the interview            14:09:12
20   memorandum accurately reflects the substance of the     14:09:15
21   interview?                                              14:09:19
22      A.   Yes.                                            14:09:19
23      Q.   Is this Exhibit 7111 the type of document       14:09:26
24   that's maintained at Stroz Friedberg in the ordinary    14:09:30
25   course of business?                                     14:09:32
```