Debra I. Grassgreen (CA Bar No. 169978)
Miriam Manning (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
E-mail: dgrassgreen@pszjlaw.com
mmanning@pszjlaw.com

David J. Bradford (admitted *pro hac vice*)
Catherine Steege (admitted *pro hac vice*)
Terri L. Mascherin (admitted *pro hac vice*)
Katherine Ciliberti (admitted *pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654
Telephone: (312) 222-9350
E-mail: dbradford@jenner.com
csteege@jenner.com
tmascherin@jenner.com
kciliberti@jenner.com

Attorneys for Defendant
Uber Technologies, Inc.

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>ANTHONY SCOTT LEVANDOWSKI,<br><br>Debtor. | Case No. 20-30242 (HLB)<br><br>Chapter 11 |
| ANTHONY SCOTT LEVANDOWSKI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.<br><br>Defendant. | Adv. Pro. No. 20-03050 (HLB)<br><br>**NOTICE OF FILING PARTIALLY REDACTED SHAW REPORT PURSUANT TO AMENDED ORDER ON UBER'S ADMINISTRATIVE MOTION TO FILE PARTIALLY REDACTED MOTION TO STRIKE AND EXHIBIT A UNDER SEAL** |

Pursuant to the *Amended Order Granting in Part and Denying in Part Uber Technologies, Inc.'s Motion to File Partially Redacted Motion to Strike* (Dkt. 265) ("**Order**") on Uber Technologies, Inc.'s *Administrative Motion to File Partially Redacted Motion to Strike or, in the Alternative, Motion in Limine to Exclude Rebuttal Expert Reports and Testimony of Benjamin Rose and Joseph Shaw and to file Exhibit A to the Declaration of Katharine Ciliberti in support of the Motion to Strike Under Seal* (Dkt. 200), Uber hereby files a partially redacted, public version of Exhibit A to Katharine Ciliberti's declaration, consisting of the expert report of Joseph Shaw. Exhibit A was originally and provisionally filed under seal on March 29, 2021 (Dkt 209) but is now publically filed with the limited redactions authorized by the Court Order.

Dated: April 14, 2021          PACHULSKI STANG ZIEHL & JONES LLP

By: */s/ Debra I. Grassgreen*
  Debra I. Grassgreen
  Miriam Manning

  and

  JENNER & BLOCK LLP
  David J. Bradford
  Catherine Steege
  Terri L. Mascherin
  Katherine Ciliberti

  *Attorneys for Uber Technologies, Inc.*