SAWYER & LABAR LLP
ADRIAN SAWYER, State Bar No. 203712
  sawyer@sawyerlabar.com
1700 Montgomery Street, Suite 108
San Francisco, California 94111
Telephone: 415.262.3820

Attorneys for Non-Parties Tyto LiDAR, LLC,
Sandstone Group, LLC, Ognen Stojanovski, and
Brent Schwarz

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br>ANTHONY SCOTT LEVANDOWSKI,<br>    Debtor. | Case No. 20-30242 HLB<br>Chapter 11<br>Adv No. 20-3050 HLB |
| ANTHONY SCOTT LEVANDOWSKI,<br>    Plaintiff,<br>    v.<br>UBER TECHNOLOGIES, INC.,<br>    Defendant. | **DECLARATION BY ADRIAN SAWYER IN SUPPORT OF ANTHONY LEVANDOWSKI'S ADMINISTRATIVE MOTION TO FILE REDACTED OPPOSITION TO UBER'S MOTION AND TO FILE UNREDACTED OPPOSITION AND SELECT EXHIBITS UNDER SEAL**<br><br>Hon. Hannah L. Blumenstiel |

# DECLARATION OF ADRIAN SAWYER

I, Adrian Sawyer, hereby declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with Sawyer & Labar LLP, attorneys of record for Non-Parties Tyto LiDAR, LLC, Sandstone Group, LLC, Ognen Stojanovski, and Brent Schwarz. I have personal knowledge of the matters stated in this declaration and could and would testify competently to the matters stated herein if called to do so.

2. I make this declaration pursuant to Local Rule 79-5, in support of Anthony Levandowski's Administrative Motion to File Redacted Opposition to Uber's Motion and to File Unredacted Opposition and Select Exhibits Under Seal (Dkt. No. 269.)

3. Specifically, I make this declaration in support of sealing a portion of Exhibit 7 to Levandowski's Opposition to Uber's Motion to Strike, or in the Alternative, Motion in Limine to Exclude Expert Report and Testimony of Benjamin Rose and Joseph Shaw. Exhibit 7 is Uber Technology's Supplemental Responses to Anthony Levandowski's First Set of Interrogatories.

4. At page 8, lines 7 to 14, Exhibit 7 quotes and closely paraphrases the Arbitration Award in the underlying arbitration by Google against Levandowski. The Court has previously recognized my clients' interests in the confidentiality of the Award, has previously ordered it sealed, and has stated it will seal portions of the record discussing the Arbitration Award. *See* March 24, 2021 Fifth Order Regarding Discovery Dispute at 5:3-6 & n.4.

5. Allowing the text at page 8, lines 7-14, of Exhibit 7 to be filed under seal is consistent with the Court's previous rulings regarding the substance of the Award, and the non-parties I represent respectfully request that the Court permit it to be sealed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 19th day of April 2021, at San Francisco, California.

                    s/ Adrian Sawyer
                    Adrian Sawyer

# CERTIFICATE OF SERVICE

I, Sarah Guzman, hereby certify that on this 19th day of April, 2021, a copy of the foregoing **DECLARATION BY ADRIAN SAWYER IN SUPPORT OF ANTHONY LEVANDOWSKI'S ADMINISTRATIVE MOTION TO FILE REDACTED OPPOSITION TO UBER'S MOTION AND TO FILE UNREDACTED OPPOSITION AND SELECT EXHIBITS UNDER SEAL** was served via email, on the following:

| | |
|---|---|
| **MUNGER, TOLLES & OLSON LLP**<br>Thomas B. Walper (thomas.walper@mto.com)<br>John W. Berry (john.berry@mto.com)<br>Alexander S. Gorin (alex.gorin@mto.com)<br><br>**KEKER, VAN NEST & PETERS LLC**<br>Rachael E. Meny (rmeny@keker.com)<br>Thomas E. Gorman (tgorman@keker.com)<br>Reid P. Mullen (rmullen@keker.com)<br><br>Attorneys for Google, LLC | **KELLER BENVENUTTI KIM LLP**<br>Tobias S. Keller (tkeller@kbkllp.com)<br>Dara L. Silveira (dsilveira@kbkllp.com)<br><br>**GOODWIN PROCTER LLP**<br>Brett Schuman (bschuman@goodwinlaw.com)<br>Rachel M. Walsh (rwalsh@goodwinlaw.com)<br>Hong-An Vu (hvu@goodwinlaw.com)<br><br>Attorneys for Anthony Levandowski |
| **PACHULSKI STANG ZIEHL & JONES LLP**<br>Debra I. Grassgreen (dgrassgreen@pszjlaw.com)<br>Miriam Manning (mmanning@pszjlaw.com)<br><br>**JENNER & BLOCK LLP**<br>David J. Bradford (dbradford@jenner.com)<br>Catherine Steege (csteege@jenner.com)<br>Terri L. Mascherin (tmascherin@jenner.com)<br>Katharine Ciliberti (kciliberti@jenner.com)<br><br>Attorneys for Uber Technologies | |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on April 19, 2021, at Sausalito, California.

_/s/ Sarah Guzman_
Sarah Guzman