Debra I. Grassgreen (CA Bar No. 169978)
Miriam Manning (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
E-mail: dgrassgreen@pszjlaw.com
mmanning@pszjlaw.com

David J. Bradford (admitted *pro hac vice*)
Catherine Steege (admitted *pro hac vice*)
Terri L. Mascherin (admitted *pro hac vice*)
Katharine Ciliberti (admitted *pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654
Telephone: (312) 222-9350
E-mail: dbradford@jenner.com
csteege@jenner.com
tmascherin@jenner.com
kciliberti@jenner.com

*Attorneys for Defendant,*
*Uber Technologies, Inc.*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>ANTHONY SCOTT LEVANDOWSKI,<br><br>                Debtor. | Case No. 20-30242 (HLB)<br><br>Chapter 11 |
| ANTHONY SCOTT LEVANDOWSKI, an individual,<br><br>                Plaintiff,<br><br>      v.<br><br>UBER TECHNOLOGIES, INC.<br><br>                Defendant. | Adv. Pro. No. 20-03050 (HLB)<br><br>**CERTIFICATE OF SERVICE** |

| | |
|---|---|
| STATE OF CALIFORNIA | ) |
| | ) |
| CITY OF SAN FRANCISCO | ) |

I, Oliver Carpio, am employed in the city of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 150 California Street, 15th Floor, San Francisco, California 94111.

On May 14, 2021, I caused to be served the following documents in the manner stated below:

- **DECLARATION OF KATHARINE CILIBERTI IN PARTIAL SUPPORT OF ANTHONY LEVANDOWSKI'S ADMINISTRATIVE MOTION TO FILE REDACTED MOTION TO STRIKE AND TO FILE UNREDACTED MOTION TO STRIKE AND SELECT EXHIBITS UNDER SEAL**

☑ (BY EMAIL) On May 14, 2021, I caused the above-described document(s) to be sent by e-mail to the parties identified below at the e-mail addresses listed.

| **Attorneys for Google LLC** | **Attorneys for Anthony S. Levandowski** |
|---|---|
| **MUNGER, TOLLES & OLSON LLP**<br>Thomas B. Walper (thomas.walper@mto.com)<br>John W. Berry (john.berry@mto.com)<br>Alexander S. Gorin (alex.gorin@mto.com) | **KELLER BENVENUTTI KIM LLP**<br>Tobias S. Keller (tkeller@kbkllp.com)<br>Dara L. Silveira (dsilveira@kbkllp.com) |
| **KEKER, VAN NEST & PETERS LLC**<br>Rachael E. Meny (rmeny@keker.com)<br>Thomas E. Gorman (tgorman@keker.com)<br>Reid P. Mullen (rmullen@keker.com) | **GOODWIN PROCTER LLP**<br>Brett Schuman (bschuman@goodwinlaw.com)<br>Rachel M. Walsh (rwalsh@goodwinlaw.com)<br>Hong-An Vu (hvu@goodwinlaw.com) |
| **Attorneys for Waymo, LLC** | |
| **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Jordan Jaffe, Esq.<br>(jordanjaffe@quinnemanuel.com) | |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on May 14, 2021 at San Francisco, California

                                                */s/ Oliver Carpio*
                                                      Legal Assistant