**KELLER BENVENUTTI KIM LLP**
TOBIAS S. KELLER (SBN 151445)
*tkeller@kbkllp.com*
DARA L. SILVEIRA (SBN 274923)
*dsilveira@kbkllp.com*
650 California Street, Suite 1900
San Francisco, California 94108
Tel.: +1 415 364 6793
Fax: +1 650 636 9251

BRETT M. SCHUMAN (SBN 189247)
*bschuman@goodwinlaw.com*
RACHEL M. WALSH (SBN 250568)
*rwalsh@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

HONG-AN VU (SBN 266268)
*hvu@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Flr.
Los Angeles, California 90017
Tel.: +1 213 426 2500
Fax: +1 213 623 1673

*Attorneys for Plaintiff and Debtor and*
*Debtor in Possession Anthony S. Levandowski*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 20-30242 (HLB) |
| ANTHONY SCOTT LEVANDOWSKI, | Chapter 11 |
| Debtor. | **Adv. Pro. No. 20-03050 (HLB)** |
| ANTHONY LEVANDOWSKI, an individual, | **CERTIFICATE OF SERVICE** |
| Plaintiff, | |
| v. | |
| UBER TECHNOLOGIES, INC. | |
| Defendant. | |

GOODWIN PROCTER LLP
ATTORNEYS AT LAW
SILICON VALLEY

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 601 South Figueroa Street, Floor 41, Los Angeles, California 90017.

On May 11, 2021, I served or caused to be served the following documents on the person(s) below:

**PLAINTIFF ANTHONY LEVANDOWSKI'S NOTICE OF PUBLIC REFILING OF DOCUMENTS PURSUANT TO ORDER ON AMENDED OMNIBUS MOTION TO FILE UNDER SEAL (DKT. 300);**

**REDACTED EXHIBITS 1, 2, 10, 38, 50, 66, AND 72 TO THE FEBRUARY 23, 2021 DECLARATION OF HONG-AN VU (DKTS. 123-1, 123-2, 123-6, 125-6, 125-17, 126-14, 126-20);**

**EXHIBITS 3–5, 18, 28, 53, AND 68–71 TO THE FEBRUARY 23, 2021 DECLARATION OF HONG-AN VU (DKTS. 123-3–123-5, 123-11, 124-5, 126-1, 126-16– 126-19); AND**

**EXHIBITS 89 AND 93–97 TO THE MARCH 25, 2021 SUPPLEMENTAL DECLARATION OF HONG-AN VU (DKTS. 177-1, 177-5–177-9).**

The documents were served by the following means:

(E-MAIL or ELECTRONIC TRANSMISSION)  By electronic service.  Based upon a court order or an agreement of the parties to accept electronic service, I caused the documents to be sent to the persons at the electronic service addresses listed.

- John W. Berry, john.berry@mto.com, lori.cruz@mto.com
- Alexander S. Gorin, alex.gorin@mto.com, cindi.richardson@mto.com
- Seth Goldman, seth.goldman@mto.com
- Debra I. Grassgreen, dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- John W. Lewis, jlucas@pszjlaw.com
- Miriam Manning, mmanning@pszjlaw.com
- Tobias S. Keller, tkeller@kbkllp.com
- Dara Levinson Silveira, dsilveira@kbkllp.com, hrobertsdonnelly@kbkllp.com
- Katharine Ciliberti, kciliberti@jenner.com
- David J. Bradford, dbradford@jenner.com
- Terri L. Mascherin, TMascherin@jenner.com
- Thomas Gorman, tgorman@keker.com
- Reid Mullen, rmullen@keker.com
- Andrew R. Lewis, andrew.lewis@mto.com, aileen.beltran@mto.com
- Adrian Sawyer, sawyer@sawyerlabar.com
- Dianne Vallentine, dvallentine@jdolaw.com

Goodwin Procter LLP
Attorneys at Law
Silicon Valley

1    • Jonathan A. Patchen, jpatchen@willkie.com
2    • Jordan R. Jaffe, jordanjaffe@quinnemanuel.com
     • Brett M. Schuman, bschuman@goodwinlaw.com
3    • Hong-An Vu, HVu@goodwinlaw.com, ASkorostensky@goodwinlaw.com
     • Rachel M. Walsh, rwalsh@goodwinlaw.com
4
     I declare under penalty of perjury under the laws of the State of California that the
5
foregoing is true and correct.
6
     Executed this 14th day of May, 2021 in Los Angeles, California.
7

8    _____Jhemari Quintana_____          _____
         (Type or print name)                    (Signature)
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case: 20-03050   Doc# 311   Filed: 05/14/21   Entered: 05/14/21 18:30:51   Page 3 of 3