1  Debra I. Grassgreen (CA Bar No. 169978)
   Miriam Manning (CA Bar No. 178584)
2  PACHULSKI STANG ZIEHL & JONES LLP
   150 California Street, 15th Floor
3  San Francisco, CA 94111
   Telephone:  (415) 263-7000
4  Facsimile:   (415) 263-7010
   E-mail:      dgrassgreen@pszjlaw.com
5               mmanning@pszjlaw.com

6  David J. Bradford (admitted *pro hac vice*)
   Catherine Steege (admitted *pro hac vice*)
7  Terri L. Mascherin (admitted *pro hac vice*)
   Katharine Ciliberti (admitted *pro hac vice*)
8  JENNER & BLOCK LLP
   353 N. Clark St.
9  Chicago, IL 60654
   Telephone: (312) 222-9350
10 E-mail: dbradford@jenner.com
           csteege@jenner.com
11         tmascherin@jenner.com
           kciliberti@jenner.com
12
   Attorneys for Defendant
13 Uber Technologies, Inc.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: | Case No. 20-30242 (HLB) |
| ANTHONY SCOTT LEVANDOWSKI, | Chapter 11 |
| Debtor. | |
| ANTHONY SCOTT LEVANDOWSKI, an individual, | Adv. Pro. No. 20-03050 (HLB) |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| UBER TECHNOLOGIES, INC. | |
| Defendant. | |

| | |
|---|---|
| 1 | STATE OF CALIFORNIA ) |
| 2 | CITY OF SAN FRANCISCO ) |

I, Hung Phan, am employed in the city of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 150 California Street, 15th Floor, San Francisco, California 94111.

On June 1, 2021, I caused to be served the following documents in the manner stated below:

**UBER'S ADMINISTRATIVE MOTION TO FILE PARTIALLY REDACTED OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE EXPERT REPORT AND TESTIMONY OF J. CHRISTIAN GERDES AND TO FILE EXHIBITS UNDER SEAL**

**DECLARATION OF KATHARINE CILIBERTI IN SUPPORT OF UBER'S ADMINISTRATIVE MOTION TO FILE PARTIALLY REDACTED OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE EXPERT REPORT AND TESTIMONY OF J. CHRISTIAN GERDES AND TO FILE EXHIBITS UNDER SEAL**

 (BY EMAIL) On **June 1, 2021,** I caused the above-described document(s) to be sent by e-mail to the parties identified below at the e-mail addresses listed.

| **Attorneys for Google LLC** | **Attorneys for Anthony S. Levandowski** |
|---|---|
| **MUNGER, TOLLES & OLSON LLP**<br>Thomas B. Walper (thomas.walper@mto.com)<br>John W. Berry (john.berry@mto.com)<br>Alexander S. Gorin (alex.gorin@mto.com) | **KELLER BENVENUTTI KIM LLP**<br>Tobias S. Keller (tkeller@kbkllp.com)<br>Dara L. Silveira (dsilveira@kbkllp.com) |
| **KEKER, VAN NEST & PETERS LLC**<br>Rachael E. Meny (rmeny@keker.com)<br>Thomas E. Gorman (tgorman@keker.com)<br>Reid P. Mullen (rmullen@keker.com)<br>W. Hamilton Jordan (wjordan@keker.com) | **GOODWIN PROCTER LLP**<br>Brett Schuman (bschuman@goodwinlaw.com)<br>Rachel M. Walsh (rwalsh@goodwinlaw.com) Hong-An Vu (hvu@goodwinlaw.com)<br>Jennifer Briggs Fisher (jfisher@goodwinlaw.com) |
| **Attorneys for Waymo LLC** | |
| **QUINN EMANUEL URQUART & SULLIVAN, LLP**<br>Jordan R. Jaffe<br>(jordanjaffe@quinnemanuel.com) | |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on June 1, 2021 at San Francisco, California

*/s/ Hung Phan*
Hung Phan