Debra I. Grassgreen (CA Bar No. 169978)
Miriam Manning (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
E-mail: dgrassgreen@pszjlaw.com
mmanning@pszjlaw.com

David J. Bradford (admitted *pro hac vice*)
Catherine Steege (admitted *pro hac vice*)
Terri L. Mascherin (admitted *pro hac vice*)
Katharine R. McLaughlin (admitted *pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654
Telephone: (312) 222-9350
E-mail: dbradford@jenner.com
csteege@jenner.com
tmascherin@jenner.com
kmclaughlin@jenner.com

Attorneys for Defendant
Uber Technologies, Inc.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: | Case No. 20-30242 (HLB) |
| ANTHONY SCOTT LEVANDOWSKI, | Chapter 11 |
| Debtor. | |
| ANTHONY SCOTT LEVANDOWSKI, an individual, | Adv. Pro. No. 20-03050 (HLB) |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| UBER TECHNOLOGIES, INC. | |
| Defendant. | |

| | |
|---|---|
| 1 | STATE OF CALIFORNIA ) |
| 2 | CITY OF SAN FRANCISCO ) |

I, Hung Phan, am employed in the city of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 150 California Street, 15th Floor, San Francisco, California 94111.

On September 24, 2021, I caused to be served the following documents in the manner stated below:

**UBER'S OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE UNTIMELY DISCOVERY OR, IN THE ALTERNATIVE TO REOPEN DISCOVERY TO TAKE LIMITED DEPOSITIONS**

**DECLARATION OF LINA R. POWELL IN SUPPORT OF UBER TECHNOLOGIES INC.'S OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE UNTIMELY DISCOVERY OR, IN THE ALTERNATIVE TO REOPEN DISCOVERY TO TAKE LIMITED DEPOSITIONS**

| | |
|---|---|
| ☑ | **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On **September 24, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below.<br><br>John W. Berry     john.berry@mto.com, lori.cruz@mto.com<br>Alexander S. Gorin     alex.gorin@mto.com, cindi.richardson@mto.com<br>Thomas E. Gorman     tgorman@keker.com, thomas-gorman-9043@ecf.pacerpro.com<br>Debra I. Grassgreen     dgrassgreen@pszjlaw.com, hphan@pszjlaw.com<br>Jordan R. Jaffe     jordanjaffe@quinnemanuel.com<br>Tobias S. Keller     tkeller@kbkllp.com<br>Dara Levinson Silveira     dsilveira@kbkllp.com, hrobertsdonnelly@kbkllp.com<br>Andrew R. Lewis     andrew.lewis@mto.com, aileen.beltran@mto.com<br>Miriam Manning     mmanning@pszjlaw.com, ocarpio@pszjlaw.com<br>Brett M. Schuman     bschuman@goodwinlaw.com, pdukemosier@goodwinlaw.com<br>Hong-An Vu     HVu@goodwinlaw.com, ASkorostensky@goodwinlaw.com<br>Rachel M. Walsh     rwalsh@goodwinlaw.com, tsutton@goodwinlaw.com |
| ☑ | (BY EMAIL) On **September 24, 2021,** I caused the above-described document(s) to be sent by e-mail to the parties identified below at the e-mail addresses listed. |

| Attorneys for Google LLC | Attorneys for Anthony S. Levandowski |
|---|---|
| **MUNGER, TOLLES & OLSON LLP**<br>Thomas B. Walper (thomas.walper@mto.com)<br>John W. Berry (john.berry@mto.com)<br>Alexander S. Gorin (alex.gorin@mto.com) | **KELLER BENVENUTTI KIM LLP**<br>Tobias S. Keller (tkeller@kbkllp.com)<br>Dara L. Silveira (dsilveira@kbkllp.com) |
| **KEKER, VAN NEST & PETERS LLC**<br>Rachael E. Meny (rmeny@keker.com)<br>Thomas E. Gorman (tgorman@keker.com)<br>Reid P. Mullen (rmullen@keker.com)<br>W. Hamilton Jordan (wjordan@keker.com) | **GOODWIN PROCTER LLP**<br>Brett Schuman (bschuman@goodwinlaw.com)<br>Rachel M. Walsh (rwalsh@goodwinlaw.com)<br>Hong-An Vu (hvu@goodwinlaw.com)<br>Jennifer Briggs Fisher (jfisher@goodwinlaw.com) |
| **Attorneys for Waymo LLC** | |
| **QUINN EMANUEL URQUART & SULLIVAN, LLP**<br>Jordan R. Jaffe (jordanjaffe@quinnemanuel.com) | |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on September 24, 2021 at San Francisco, California

*/s/ Hung Phan*
Legal Assistant