

Signed and Filed: December 30, 2021

_____
**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 20-30242 HLB |
| ANTHONY SCOTT LEVANDOWSKI, | Chapter 11 |
| Debtor. | |
| ANTHONY SCOTT LEVANDOWSKI, | Adv. Proc. No. 20-3050 HLB |
| Plaintiff, | |
| v. | |
| UBER TECHNOLOGIES, INC., | |
| Defendant. | |

### ORDER SHORTENING TIME

This case comes before the court on an (ex parte) Application for Order Shortening Time filed by Uber Technologies, Inc.[1] The Application requests an expedited hearing and briefing schedule on Uber's not-yet-filed motion to modify[2] the court's December 21, 2021 scheduling order.[3]

By way of the Motion to Modify, Uber will seek modification of the Scheduling Order to permit live direct expert testimony,

---

[1] Dkt. 380 (the "Application").

[2] See Ex. A to the Application (the "Motion to Modify").

[3] Dkt. 376 (the "Scheduling Order").

rather than providing for the introduction of such testimony via declaration.  The court finds and concludes that Uber has advanced good cause in support of the Application, and **ORDERS** as follows:

    **1.**    The Application is hereby **GRANTED.**

    **2.**    Uber shall file and serve the Motion to Modify no later than **January 3, 2022.**

    **3.**    Opposition to the Motion to Modify must be filed and served no later than **12:00 p.m. PST** on **January 7, 2022.**

    **4.**    If opposition to the Motion to Modify is filed, any reply must be filed and served no later than **12:00 p.m. PST** on **January 10, 2022.**

    **5.**    The Motion to Modify, as well as any opposition and reply, must comply with B.L.R. 9013-1, other than that Uber need not file or serve a notice of hearing.  This order shall serve as notice of the hearing on the Motion to Modify.

    **6.**    The court will convene a hearing on the Motion to Modify on **January 12, 2021** at **1:00 p.m. PST.**  This hearing will convene via Zoom.

    The court encourages all parties to consult the court's website for information about court operations during the COVID-19 pandemic.  The court's website also offers information explaining how to arrange an appearance at a video hearing.  If you have questions concerning court operations or how to participate in a video hearing, you can contact the court by calling 888-821-7606 or by using the Live Chat feature on the court's website.

**\*\*END OF ORDER\*\***

## Court Service List

[None]