

Signed and Filed: January 19, 2022

_____
HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

| | |
|---|---|
| 1 | Debra I. Grassgreen (CA Bar No. 169978) |
| | Miriam Manning (CA Bar No. 178584) |
| 2 | PACHULSKI STANG ZIEHL & JONES LLP |
| | One Market Plaza, Spear Tower |
| 3 | 40th Floor, Suite 4000 |
| | San Francisco, CA 94105-1020 |
| 4 | Telephone: (415) 263-7000 |
| | Facsimile: (415) 263-7010 |
| 5 | E-mail: dgrassgreen@pszjlaw.com |
| | mmanning@pszjlaw.com |

David J. Bradford (admitted *pro hac vice*)
Catherine Steege (admitted *pro hac vice*)
Terri L. Mascherin (admitted *pro hac vice*)
Katharine R. McLaughlin (admitted *pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654
Telephone: (312) 222-9350
E-mail: dbradford@jenner.com
csteege@jenner.com
tmascherin@jenner.com
kciliberti@jenner.com

*Attorneys for Defendant
Uber Technologies, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 20-30242 (HLB) |
| ANTHONY SCOTT LEVANDOWSKI, | Chapter 11 |
| Debtor. | Hon. Hannah L. Blumenstiel |
| | Adv. Pro. No. 20-03050 (HLB) |
| ANTHONY LEVANDOWSKI, an individual, | **ORDER APPROVING STIPULATION REGARDING USE OF PRIOR TESTIMONY OF WITNESSES AT TRIAL AND AUTHENTICITY OF EXHIBITS** |
| Plaintiff, | |
| v. | |
| UBER TECHNOLOGIES, INC., | |
| Defendant. | |

The Court has considered the *Stipulation Regarding Use of Prior Testimony of Witnesses at Trial and Authenticity of Exhibits*, dated January 19, 2022 [Dkt. No. 394] as agreed to by plaintiff, Anthony Levandowski, defendant, Uber Technologies, Inc., and intervenor Google LLC; and good cause appearing;

**IT IS HEREBY ORDERED THAT**:

The Stipulation is approved.

**\*\*\* END OF ORDER \*\*\***