TOBIAS S. KELLER (SBN 151445)
*TKeller@kbkllp.com*
DARA L. SILVEIRA (SBN 274923)
*DSilveira@kbkllp.com*
**KELLER BENVENUTTI KIM LLP**
650 California Street, Suite 1900
San Francisco, California 94108
Tel.: (415) 364-6793
Fax: (650) 636-9251

BRETT M. SCHUMAN (SBN 189247)
*BSchuman@goodwinlaw.com*
JENNIFER BRIGGS FISHER (SBN 241321)
*JFisher@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero
San Francisco, California 94111
Tel.: (415) 733-6000
Fax.: (415) 677-9041

ANDREW S. ONG (SBN 267889)
*AOng@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, California 90017
Tel.: (650) 752-3100
Fax: (650) 853-1038

Attorneys for Plaintiff and Debtor and
Debtor in Possession ANTHONY S. LEVANDOWSKI

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: | Bankruptcy Case No. 20-30242 (HLB) |
| ANTHONY SCOTT LEVANDOWSKI, | Chapter 11 |
| Debtor. | Hon. Hannah L. Blumenstiel |
| | **Adv. Pro. No. 20-03050 (HLB)** |
| ANTHONY LEVANDOWSKI, an individual, | **PLAINTIFF'S WITNESS LIST** |
| Plaintiff, | |
| v. | |
| UBER TECHNOLOGIES, INC., | |
| Defendant. | |

Pursuant to Paragraph 8(b) of the Court's Trial Scheduling Order, Plaintiff and Debtor in Possession Anthony S. Levandowski ("Plaintiff") respectfully submits the following list of witnesses who he will call or may call in his case-in-chief at trial.[1] This list is based on the current status of the case and the Court's Trial Scheduling Order on the issues to be tried. Plaintiff reserves the right to modify or supplement this list in light of further decisions or orders from this Court, any of Uber Technologies, Inc. ("Uber")'s pretrial statements, and to the extent any amendments or other alterations arise impacting the fact or issues for trial. Pursuant to Paragraph 14 of the Court's Trial Scheduling Order, this list does not include witnesses who may be presented solely for purposes of impeachment or rebuttal.

| Witness Name | Live / Prior Testimony | Description of Testimony |
|---|---|---|
| John Bares | Prior Testimony | Bares is anticipated to provide testimony regarding Uber's desire to compete with Google and develop self-driving and autonomous vehicle technology, as well as the importance to Uber of hiring/acquiring Levandowski and his team. |
| Neel Chatterjee | Live | Chatterjee is anticipated to provide testimony regarding Uber's control of Levandowski's defense in the Google arbitration, Uber's knowledge of evidence supporting Google's claims in the arbitration, including regarding Tyto, and communications with Uber. |
| Travis Kalanick | Live | Kalanick is anticipated to provide testimony regarding discussions between him and Levandowski, the Uber-Google relationship before the Otto transaction, the Otto transaction, Uber's agreement to provide indemnity, and Uber's knowledge of the conduct that forms the basis for the arbitration award and related judgment potential claims by Google against Levandowski. |

---

[1] Pursuant to that same paragraph in the Court's Trial Scheduling Order, Plaintiff did not include in this list any expert witnesses who he will call or may call in his case-in-chief at trial.

| Witness Name | Live / Prior Testimony | Description of Testimony |
|---|---|---|
| Anthony Levandowski | Live | Levandowski is anticipated to provide testimony regarding the "Phase I Issues," counterclaims, and defenses, and all facts relating to these claims, counterclaims, and defenses. |
| Lior Ron | Live | Ron is anticipated to provide testimony regarding discussions with Levandowski, the Otto transaction, Uber's agreement to provide indemnity, Uber's knowledge of the conduct that forms the basis for the arbitration award and related judgment against Levandowski and Ron, Uber's approval for Otto to acquire Tyto, and Uber's knowledge regarding Tyto. |
| Eric Tate | Live | Tate is anticipated to provide testimony regarding the Stroz investigation, Uber's knowledge of the conduct that forms the basis for the arbitration award and related judgment, Uber's acceptance of indemnity, and Uber's knowledge of the allegations made by Google in the arbitration against Levandowski and the evidence supporting those allegations. |
| Michael Xing | Live | Xing is anticipated to provide testimony regarding the Chauffeur Bonus Plan. |

//

//

//

| | |
|---|---|
| Dated: January 24, 2022 | By: */s/ Brett Schuman* <br> Brett Schuman <br> *bschuman@goodwinlaw.com* <br> Jennifer Briggs Fisher <br> *jfisher@goodwinlaw.com* <br> Andrew S. Ong <br> *aong@goodwinlaw.com* <br> **GOODWIN PROCTER LLP** <br> <br> Tobias S. Keller <br> *tkeller@kbkllp.com* <br> Dara L. Silveira <br> *dsilveira@kbkllp.com* <br> **KELLER BENVENUTTI KIM LLP** <br> <br> *Attorneys for Plaintiff and Debtor and Debtor in Possession* <br> ANTHONY S. LEVANDOWSKI |