1  Debra I. Grassgreen (CA Bar No. 169978)
   Miriam Manning (CA Bar No. 178584)
2  PACHULSKI STANG ZIEHL & JONES LLP
   150 California Street, 15th Floor
3  San Francisco, CA 94111
   Telephone:    (415) 263-7000
4  Facsimile:    (415) 263-7010
   E-mail:        dgrassgreen@pszjlaw.com
5                 mmanning@pszjlaw.com

6  David J. Bradford (admitted *pro hac vice*)
   Catherine Steege (admitted *pro hac vice*)
7  Terri L. Mascherin (admitted *pro hac vice*)
   Katharine R. McLaughlin (admitted *pro hac vice*)
8  JENNER & BLOCK LLP
   353 N. Clark St.
9  Chicago, IL 60654
   Telephone: (312) 222-9350
10 E-mail: dbradford@jenner.com
           csteege@jenner.com
11         tmascherin@jenner.com
           kmclaughlin@jenner.com
12
   *Attorneys for Defendant,*
13 *Uber Technologies, Inc.*

14            UNITED STATES BANKRUPTCY COURT

15            NORTHERN DISTRICT OF CALIFORNIA

16               SAN FRANCISCO DIVISION

17 | In re: | Case No. 20-30242 (HLB) |

18 | ANTHONY SCOTT LEVANDOWSKI, | Chapter 11 |

19 |                         Debtor. |

20 | ANTHONY SCOTT LEVANDOWSKI, an individual, | Adv. Pro. No. 20-03050 (HLB) |
21 |
22 |                         Plaintiff, | **DECLARATION OF KATHARINE MCLAUGHLIN IN SUPPORT OF UBER TECHNOLOGIES INC.'S (1) MOTION IN LIMINE REGARDING ARBITRATION AWARD AND (2) MOTION IN LIMINE BARRING ALLEGED EVIDENCE AND ARGUMENT ABOUT UBER'S ALLEGED MOTIVATIONS AND INTENT TO HARM GOOGLE** |
23 |         v. |
24 | UBER TECHNOLOGIES, INC. |
25 |                         Defendant. |
26
27
28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

DOCS_SF:105851.8 85647/001

I, Katharine McLaughlin, hereby declare as follows:

1. I am co-counsel to Defendant Uber Technologies, Inc. ("**Uber**") in the above-entitled action and have personal knowledge of the facts contained in this Declaration, which are true and correct, and if sworn as a witness, I could and would testify competently thereto.

2. I submit this declaration in support of (1) Uber's *Motion in Limine Regarding Arbitration Award* and (2) Uber's *Motion in Limine Barring Alleged Evidence and Argument About Uber's Alleged Motivations and Intent to Harm Google* (together, "**Motions in Limine**"). In connection with the Motions in Limine, Uber has also filed an *Administrative Motion To File Partially Redacted Motions in Limine and to File Exhibits Under Seal* ("Motion to Seal")

3. Attached hereto as **Exhibit 1** is a true and correct copy of the corrected final award from the matter of *Google LLC v. Levandowski and Ron*, Case Ref. No. 1100086069 (JAMS Dec. 23, 2019) ("Google Arbitration"). Exhibit 1 has been provisionally redacted pursuant to the Motion to Seal.

4. Attached hereto as **Exhibit 2** is a true and correct copy of Google LLC's Response to Respondents' Motion for Offset, submitted in the Google Arbitration. Exhibit 2 has been provisionally redacted pursuant to the Motion to Seal.

5. Attached hereto as **Exhibit 3** is a true and correct copy of an excerpt from the deposition of Anthony Levandowski, taken in the above-captioned proceeding on January 28, 2021. Exhibit 3 has been provisionally redacted pursuant to the Motion to Seal.

6. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from the May 3, 2018 testimony of Ognen Stojanovski at the final hearing in the Google Arbitration. Exhibit 4 has been provisionally redacted pursuant to the Motion to Seal.

7. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from the May 8, 2018 testimony of John Hartog at the final hearing in the Google Arbitration. Exhibit 5 has been provisionally redacted pursuant to the Motion to Seal.

8. Uber has complied in good faith with the meet and confer requirements of Paragraph 11 of the Trial Scheduling Order at Dkt. 376.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1    I declare under the penalty of perjury that the statements included in this Declaration are true

2    and correct.  Executed on this 31st day of January 2022 in Chicago, Illinois.

3

4    _/s/ Katharine McLaughlin_____
     Katharine McLaughlin

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

2

# EXHIBIT 1 – REDACTED

GOOGLE, LLC,

      Claimant

        and

ANTHONY SCOTT LEVANDOWSKI            **CORRECTED FINAL AWARD**

And

LIOR RON,

      Respondents

| Counsel for Claimant | Counsel for Respondents |
|---|---|
| Keker & Van Nest LLP<br>633 Battery Street<br>San Francisco, CA 94111<br><br>Robert A. Van Nest<br>Rachael E. Meny<br>Jennifer A. Huber<br>Thomas R. Gorman<br>W. Hamilton Jordan<br>Jo W. Golub<br>Ben Berkowitz<br>Reid Mullen<br>Molly Caldwell Villagra | ***Attorneys for Respondent Anthony Levandowski***<br><br>Goodwin Procter LLP<br>135 Commonwealth Drive<br>Menlo Park, CA 94025<br><br>Neel Chatterjee<br>Brett M. Schuman<br>Rachel M. Walsh<br>Andrew Ong<br><br>***Attorneys for Respondent Lior Ron***<br><br>Taylor & Patchen LLP<br>One Ferry Building, Suite 355<br>San Francisco, CA 94111<br><br>Stephen E. Taylor<br>Jonathan A. Patchen<br>Cheryl A. Cauley<br>Karan S. Dhadialla<br>Daniel P. Martin |



ii









vi



1



2





4



5

Case: 20-03050    Doc# 414-2    Filed: 01/31/22    Entered: 01/31/22 23:36:00    Page 15 of 204



6



7



8



9





Case: 20-03050    Doc# 414-2    Filed: 01/31/22    Entered: 01/31/22 23:36:00    Page 21 of 204



Case: 20-03050   Doc# 414-2   Filed: 01/31/22   Entered: 01/31/22 23:36:00   Page 22 of 204



Case: 20-03050    Doc# 414-2    Filed: 01/31/22    Entered: 01/31/22 23:36:00    Page 23
of 204



Case: 20-03050    Doc# 414-2    Filed: 01/31/22    Entered: 01/31/22 23:36:00    Page 24 of 204





Case: 20-03050    Doc# 414-2    Filed: 01/31/22    Entered: 01/31/22 23:36:00    Page 26 of 204





18



19





21



22



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



24
HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY



25

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY



28



29

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY



31

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY



32
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



33

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



34

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY



36

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



38



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY



41



42

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



43

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



44

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



45

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY



46

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



47

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



48

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



49

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



50

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



51

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Case: 20-03060    Doc: 1154-2    Filed: 01/31/22    Entered: 01/31/22 23:36:00



52

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Case: 20-03050 Doc# 414-2 Filed: 01/31/22 Entered: 01/31/22 23:36:00 Page 63 of 204



54

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY



56

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



60

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Case: 20-10507 Doc: 414-2 Filed: 01/31/22    Entered: 01/31/22 23:36:00    Page 70



61

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY



63

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



64

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



69

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



70

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



71

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



72

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



73

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



74

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



75

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



76

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



77

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



78

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
Case 20-10056 Doc 414-2 Filed: 01/31/22 Entered: 01/31/22 23:36:00 Page 88 of 204



79



80



81



82

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



83

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



84

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY



85

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



88

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



89

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



90

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



91

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



93

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



94

Case 20-33948 Document 1443-2 Filed: 01/31/22   Entered: 01/31/22 23:36:00    Page 104 of 204



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



96

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



97

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



98

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



99



100

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



101

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



102

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



104

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



107



108

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Case 20-10343-LSS   Doc 2419-2   Filed: 01/31/22   Entered: 01/31/22 23:36:00   Page 118



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



110

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



111

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



113



114

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



116

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



117

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



118

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



119

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



120

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



121

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



123

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY






HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# EXHIBIT 2 – REDACTED

1     KEKER, VAN NEST & PETERS LLP
     ROBERT A. VAN NEST - #84065
2     rvannest@keker.com
     RACHAEL E. MENY - #178514
3     rmeny@keker.com
     BENJAMIN BERKOWITZ - #244441
4     bberkowitz@keker.com
     JO W. GOLUB - #246224
5     jgolub@keker.com
     JENNIFER A. HUBER - #250143
6     jhuber@keker.com
     REID P. MULLEN - #270671
7     rmullen@keker.com
     THOMAS E. GORMAN - #279409
8     tgorman@keker.com
     MOLLY VILLAGRA - #313648
9     mvillagra@keker.com
     633 Battery Street
10    San Francisco, CA 94111–1809
     Telephone:    415 391 5400
11    Facsimile:    415 397 7188

12    Attorneys for Claimant
     GOOGLE LLC

13

14    BEFORE JAMS (JUDICIAL ARBITRATION AND MEDIATION SERVICES)

15

16    GOOGLE LLC,                JAMS Reference No. 1100086069
                                   (consolidated)

17            Claimant,           **GOOGLE LLC'S RESPONSE TO**

18         v.                     **RESPONDENTS' MOTION FOR OFFSET**

19    ANTHONY LEVANDOWSKI and
     LIOR RON,

20            Respondents.

21

22

23                  **CONTAINS INFORMATION DESIGNATED**

24    **CONFIDENTIAL AND HIGHLY CONFIDENTIAL (OUTSIDE COUNSEL ONLY)**

25

26

27

28

1328491
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
AL-UBER0098728



1328491 Case: 20-03050    Doc# 414-2    Filed: 01/31/22    Entered: 01/31/22 23:36:00    Page 141 of 204

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                      AL-UBER0098729



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
AL-UBER0098730



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

AL-UBER0098732



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

AL-UBER0098733



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

AL-UBER0098734



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

AL-UBER0098735

Contains information designated HIGHLY CONFIDENTIAL (OUTSIDE COUNSEL ONLY)



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                        AL-UBER0098736



1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                     AL-UBER0098737



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

AL-UBER0098738



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

AL-UBER0098739



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

AL-UBER0098740



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

8

1328491 Case: 20-03050     Doc# 414-2     Filed: 01/31/22     Entered: 01/31/22 23:36:00     Page 153
of 204

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

AL-UBER0098741



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

AL-UBER0098742



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    AL-UBER0098743

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

AL-UBER0098744



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY AL-UBER0098745

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

AL-UBER0098746



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

AL-UBER0098747



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

AL-UBER0098748



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                      AL-UBER0098749



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

AL-UBER0098750



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

AL-UBER0098751



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

AL-UBER0098752



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

AL-UBER0098753



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

AL-UBER0098754



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

AL-UBER0098755



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

AL-UBER0098756



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

AL-UBER0098757

Contains information designated HIGHLY CONFIDENTIAL (OUTSIDE COUNSEL ONLY)



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

AL-UBER0098758



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

AL-UBER0098759



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                      AL-UBER0098760

# EXHIBIT 3 – REDACTED

```
*** HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY ***
             UNITED STATES BANKRUPTCY COURT
             NORTHERN DISTRICT OF CALIFORNIA
                 SAN FRANCISCO DIVISION

IN RE:                         ) Bankruptcy Case

ANTHONY SCOTT LEVANDOWSKI,     ) No. 20-30242 (HLB)

                    Debtor.    ) Chapter 11

_____) Adv. Pro. No.

ANTHONY LEVANDOWSKI, an        ) 20-03050 (HLB)

individual,                    )

          Plaintiff,           )

       v.                      )

UBER TECHNOLOGIES, INC.,       )

          Defendant.           )

_____)

                         VOLUME I


          The ** HIGHLY CONFIDENTIAL ** remote

videotaped deposition of ANTHONY SCOTT LEVANDOWSKI,

called for examination, taken pursuant to the Federal

Rules of Civil Procedure of the United States

Bankruptcy Courts pertaining to the taking of

depositions, taken before DINA G. MANCILLAS, a

Certified Shorthand Reporter within and for the State

of Illinois, CSR No. 84-3400 of said state, on

January 28, 2021, at 11:00 a.m. CST.
```

































# EXHIBIT 4 – REDACTED

```
 1                    BEFORE JAMS

 2      (JUDICIAL ARBITRATION AND MEDIATION SERVICES)

 3

 4   GOOGLE LLC,

 5        Claimant,

 6        vs.                  Reference No. 1100086069

 7   ANTHONY LEVANDOWSKI and              (consolidated)

 8   LIOR RON,

 9        Respondents.

10

11     REPORTER'S TRANSCRIPT OF ARBITRATION PROCEEDINGS

12                         JAMS

13                2 Embarcadero Center

14                     Suite 1500

15                San Francisco, California

16

17                Thursday, May 3, 2018

18                      Volume IV

19

20

21   REPORTED BY:

22   REBECCA L. ROMANO, RPR, CSR No. 12546

23   JOB NO. 2847151

24

25   PAGES 1012 - 1371
```

Page 1012

**CONFIDENTIAL**

Case: 20-03050    Doc# 414-2    Filed: 01/31/22    Entered: 01/31/22 23:36:00    Page 192
of 204

CONFIDENTIAL - ATTORNEYS' EYES ONLY                           GOOG-ALBK1-00008715



**CONFIDENTIAL**

Case: 20-03050    Doc# 414-2    Filed: 01/31/22    Entered: 01/31/22 23:36:00    Page 193
of 204

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    GOOG-ALBK1-00009036

# EXHIBIT 5 – REDACTED

1              BEFORE JAMS

2      (JUDICIAL ARBITRATION AND MEDIATION SERVICES)

3

4    GOOGLE LLC,

5         Claimant,

6         vs.              Reference No. 1100086069

                                   (consolidated)

7    ANTHONY LEVANDOWSKI and

     LIOR RON,

8

         Respondents.

9    _____

10

11

12      *HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY*

13     REPORTER'S TRANSCRIPT OF ARBITRATION PROCEEDINGS

14                    JAMS

15             2 Embarcadero Center

                    Suite 1500

16           San Francisco, California

17

18             Tuesday, May 8, 2018

19                 Volume VII

20

21

22   REPORTED BY:

23   REBECCA L. ROMANO, RPR, CSR No. 12546

24   JOB NO. 2847155

25   PAGES 2093 - 2427

                                      Page 2093

Case: 20-03050   Doc# 414-2   Filed: 01/31/22   Entered: 01/31/22 23:36:00   Page 195
of 204
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                     GOOG-ALBK-00001474



Veritext Legal Solutions
866 299-5127
**CONFIDENTIAL**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-ALBK-00001536



**CONFIDENTIAL**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-ALBK-00001537



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**CONFIDENTIAL**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-ALBK-00001538



Veritext Legal Solutions
866 299-5127

**CONFIDENTIAL**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-ALBK-00001539



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    GOOG-ALBK-00001540



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Veritext Legal Solutions
866 299-5127
**CONFIDENTIAL**

Case: 20-03050   Doc# 414-2   Filed: 01/31/22   Entered: 01/31/22 23:36:00   Page 201
of 204
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                              GOOG-ALBK-00001541



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Veritext Legal Solutions
866 299-5127

**CONFIDENTIAL**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                         GOOG-ALBK-00001543



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Veritext Legal Solutions
866 299-5127

**CONFIDENTIAL**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-ALBK-00001544