Debra I. Grassgreen (CA Bar No. 169978)
Miriam Manning (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
One Market Plaza, Spear Tower
40th Floor, Suite 4000
San Francisco, CA 94105-1020
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
E-mail: dgrassgreen@pszjlaw.com
mmanning@pszjlaw.com

David J. Bradford (admitted *pro hac vice*)
Catherine Steege (admitted *pro hac vice*)
Terri L. Mascherin (admitted *pro hac vice*)
Katharine R. McLaughlin (admitted *pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654
Telephone: (312) 222-9350
E-mail: dbradford@jenner.com
csteege@jenner.com
tmascherin@jenner.com
kmclaughlin@jenner.com

*Attorneys for Defendant*
*Uber Technologies, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>ANTHONY SCOTT LEVANDOWSKI,<br><br>Debtor. | Case No. 20-30242 (HLB)<br><br>Chapter 11 |
| ANTHONY SCOTT LEVANDOWSKI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.<br><br>Defendant. | Adv. Pro. No. 20-03050 (HLB)<br><br>**UBER TECHNOLOGIES, INC.'S MOTION IN LIMINE BARRING ALLEGED EVIDENCE AND ARGUMENT ABOUT UBER'S ALLEGED MOTIVATIONS AND INTENT TO HARM GOOGLE** |

Uber Technologies Inc. ("**Uber**") respectfully moves in limine ("**Motion**"), pursuant to Rule 7016 of the Federal Rules of Bankruptcy Procedure and Rule 16(c) of the Federal Rules of Civil Procedure, for an order barring Google LLC ("**Google**") from presenting any evidence or making any argument regarding Uber's alleged motives towards Google or an alleged secret scheme to harm Google because such evidence and argument is irrelevant in plaintiff and Debtor, Anthony Levandowski's ("**Levandowski**"), breach of contract action. To date, Levandowski has not alleged or argued that he participated in a secret scheme with Uber intending to harm Google, but such an argument would be equally irrelevant to Levandowski's claims and defenses whether made by Levandowski or by Google. Accordingly, if Levandowski adopts this argument to assist Google, Uber moves to bar Levandowski from making the same argument or presenting this alleged evidence as well. This Motion is supported by the accompanying memorandum of points and authorities and the omnibus declaration of Katharine McLaughlin.

Dated: January 31, 2022

PACHULSKI STANG ZIEHL & JONES LLP

By  */s/ Debra I. Grassgreen*
Debra I. Grassgreen
Miriam Manning

--and--

JENNER & BLOCK LLP
David J. Bradford
Terri L. Mascherin
Catherine Steege
Katharine R. McLaughlin

*Counsel for Uber Technologies, Inc.*

1