

Signed and Filed: February 7, 2022

_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>ANTHONY SCOTT LEVANDOWSKI,<br><br>        Debtor.<br>_____<br>ANTHONY SCOTT LEVANDOWSKI,<br><br>        Plaintiff,<br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>        Defendant.<br>_____ | Case No. 20-30242 HLB<br><br>Chapter 11<br><br><br><br>Adv. Proc. No. 20-3050 HLB |

**ORDER GRANTING IN PART AND DENYING IN PART UBER'S OMNIBUS ADMINISTRATIVE MOTION TO FILE PARTIALLY REDACTED MOTIONS IN LIMINE**

This case is before the court on Defendant Uber Technologies, Inc.'s Omnibus Administrative Motion[1] to file two partially redacted Motions *in Limine*: (1) Uber's Motion *in Limine* Regarding Arbitration Award[2]; and (2) Uber's Motion *in Limine* Barring Alleged Evidence and Argument about Uber's Alleged Motivations and Intent to Harm Google.[3] With the Administrative

---

[1] Dkt. 412 (the "Administrative Motion").

[2] Dkt. 420 (the "Arbitration Motion").

[3] Dkt. 415 (the "Intent Motion").

Motion, Uber proposes to redact material that has previously been sealed by one or more orders of this court, and seeks to provisionally redact additional material to afford Debtor Anthony Levandowski and/or Intervenor Google LLC an opportunity to establish a basis for sealing/redaction by declaration.

Service of the Administrative Motion was proper as to parties entitled thereto,[4] and no supporting declarations have been filed.

Accordingly, it is **ORDERED**:

**1.** The Administrative Motion is hereby **GRANTED** as to any material that the court has previously approved for filing under seal.

**2.** The Administrative Motion is otherwise **DENIED**.

**3.** Uber shall file partially redacted Arbitration and Intent Motions consistent with this order no earlier than 4 days, and no later than 10 days, after entry of this order.

**\*\*END OF ORDER\*\***

---

[4] See Dkt. 412-2.

**Court Service List**

[None]