**Entered on Docket**
**February 09, 2022**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**Signed and Filed: February 9, 2022**

_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re:                                    ) Case No. 20-30242 HLB
                                          )
ANTHONY SCOTT LEVANDOWSKI,                ) Chapter 11
                                          )
                    Debtor.               )
_____ )
ANTHONY SCOTT LEVANDOWSKI,                )
                                          ) Adv. Proc. No. 20-3050 HLB
                    Plaintiff,            )
v.                                        )
                                          )
UBER TECHNOLOGIES, INC.,                  )
                                          )
                    Defendant.            )
_____ )

**AMENDED ORDER GRANTING IN PART AND DENYING IN PART UBER'S OMNIBUS ADMINISTRATIVE MOTION TO FILE PARTIALLY REDACTED MOTIONS IN LIMINE**

This case is before the court on Defendant Uber Technologies, Inc.'s Omnibus Administrative Motion[1] to file two partially redacted Motions _in Limine_: (1) Uber's Motion _in Limine_ regarding Arbitration Award[2]; and (2) Uber's Motion _in Limine_ Barring Alleged Evidence and Argument about Uber's Alleged Motivations and Intent to Harm Google.[3] With the Administrative

---

[1] Dkt. 412 (the "Administrative Motion").

[2] Dkt. 420 (the "Arbitration Motion").

[3] Dkt. 415 (the "Intent Motion").

Motion, Uber proposes to redact material that has previously been sealed by one or more orders of this court, and seeks to provisionally redact additional material to afford nonmovants an opportunity to establish a basis for sealing/redaction by declaration.

Service of the Administrative Motion was proper as to parties entitled thereto[4]; one supporting declaration was filed by nonparty Waymo LLC.[5] The Declaration was untimely, and filed after the court had issued an order[6] denying in part the Administrative Motion because no supporting declarations were timely filed. Nonetheless, the court construes the Declaration as timely (given that applicable procedures were very recently modified) and agrees with the relief sought: Waymo proposes to narrowly redact portions of the Intent Motion and an associated exhibit that describe or otherwise tend to reveal content that has already been determined by the court to merit protection.

Accordingly, it is **ORDERED**:

**1.** The February 7 Order is hereby **VACATED**.

**2.** The Administrative Motion is hereby **GRANTED** as to any material that the court has previously approved for filing under seal, and as to the additional redactions proposed by Waymo.

**3.** The Administrative Motion is otherwise **DENIED**.

---

[4] See Dkt. 412-2.

[5] Dkt. 429 (the "Declaration").

[6] Dkt. 427 (the "February 7 Order").

4. Uber shall file partially redacted Arbitration and Intent Motions consistent with this order no earlier than 4 days, and no later than 10 days, after entry of this order.

**\*\*END OF ORDER\*\***

## Court Service List

[None]