Is this transcript for an appeal? If yes, an Expedited transcript is required. ☐ Yes ☐ No

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
## TRANSCRIPT ORDER FORM

**Name of Debtor (Case Name):** In re: Anthony Scott Levandowski Debtor(s)

**Chapter:** 11

**Case Number:** 20-30242

**Adversary Proceeding Name:**
Anthony Scott Levandowski
vs.
Uber Technologies, Inc.
**Plaintiff(s),**
**Defendant(s).**

**Adversary Proceeding Number:**
**(or Miscellaneous Proceeding Number)**
20-03050

**Date of Hearing:** 1/20/2022

**Time of Hearing:** 10:00 am

(Complete a SEPARATE form for EACH hearing date)

**Hearing Judge:** Blemensteil

**Hearing Location:** San Francsico Courtroom 19

**Transcriber:** e-Scribers

**Alternate Transcriber:** Transcripts Plus, Inc.

**Type of Transcript:**
- ☐ Ordinary (30 Days)
- ☐ 14 Days
- ☑ Expedited (7 Days)
- ☐ Daily (24 Hours)
- ☐ Entire Hearing
- ☐ Testimony of Witness
- ☐ Other/Special Instructions:
- ☐ Ruling/Opinion Portion Only

**Name of Witness**

**Name of Person(s) Ordering Transcript:** Rachael Meny

**Contact Person:** Scott Riewerts

**Phone Number:** 510 306-5950

**Mailing Address (include law firm name, if any):**
Keker, Van Nest & Peters
633 Battery Street
San Francisco, CA 94111

**Email Address:** sriewerts@keker.com

---

### THIS SECTION FOR COURT USE ONLY

**Transcript Order Number:** _____

**Transcription Information Sent to Transcriber By:** ☐ TDS  ☐ Other: _____

Time Start: _____ Time End: _____  Time Start: _____ Time End: _____

Time Start: _____ Time End: _____  Time Start: _____ Time End: _____

ECRO: _____  Court Division: _____  Processed By: _____

---

This Form is mandatory and approved for use by the U.S. Bankruptcy Court for the Northern District of California. If the transcript you want is already ordered or on file, contact the transcriber to obtain a copy. Do not use this Form to order a §341 Meeting of Creditors recording. To order a Meeting of Creditors recording visit the U.S. Trustee website.

3/2019

Case: 20-03050   Doc# 454   Filed: 03/16/22   Entered: 03/16/22 16:29:48   Page 1 of 1